## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAGISTRATE JUDGE :  LOIS BLOOM          DATE : 5 /15 /08

DOCKET NUMBER : 08 CR 288 (SJ )          LOG # :  ( 11:11 — 11:15        )

DEFENDANT'S NAME :   THOMAS ARCHER

✓ Present     ___ Not Present     ___ Custody     ✓ Bail

DEFENSE COUNSEL :    KARINA ALOMAR

Whitman Knapp for

___ Federal Defender of NY     ___ CJA     ✓ Retained

A.U.S.A.  VALERIE TOCCI          DEPUTY CLERK :  SM YUEN

INTERPRETER :                                        (Language)

_____ Hearing held. _____ Hearing adjourned to_____

____  Defendant was released on_____ PRB with/without some conditions.

____  Defendant was advised of bond conditions by the Court and signed the bond.

____  Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____  Additional surety (ies) to co-sgned bond by _____

____  At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____  Order of Excludable Delay entered.   Code Type____   Start_____   Stop _____

____  Order of Speedy Trial entered.   Code Type_____   Start_____   Stop _____

____  Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

____  Attorney Appointment of _____.

✓  Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the Indictment.

____  Defendant failed to appear, bench warrant issued.

____  Status conference set for _____ before Judge _____

OTHERS :

_____

_____

_____