## ALOMAR & ASSOCIATES, PC
## ATTORNEYS & COUNSELORS AT LAW

**KARINA E. ALOMAR, ESQ**
*ALSO ADMITTED IN NJ, FL
E-Mail: alomar.associatespc@gmail.com

60-89 Myrtle Avenue
Ridgewood, N.Y. 11385
Tel: (718) 456-1845
Fax: (718) 386-9299

November 3, 2009

Andrew E. Goldsmith, Esq.
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

RE:  USA v. Thomas Archer and Rukhsana Rafique
     08-MJ-184 (LB)

Dear Mr. Goldsmith:

    This letter is being submitted requesting that you advise the Defense as to the purpose of Agent Mulone's testimony and what tangible evidence he will be testifying in regards to. Please provide any reports and notes that Agent Mulone might have prepared for this case and any other case regarding the Defendant and Mr. Singh, and Ms. Rafique and the Client 1, 2, and 3 listed in the indictment.

    Please note that time is of the essence due to the proximity of the trial. At this time note that I am reserving the right to object to this witness pending the information requested.

Yours truly,

Karina E. Alomar