UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                08 CR 288 (SJ)

       v.

                                                                                ORDER

THOMAS ARCHER and
RUKHSANA RAFIQUE,

       Defendants.
--------------------------------------------------X

A P P E A R A N C E S

UNITED STATES ATTORNEY
Benton J. Campbell
271 Cadman Plaza East
Brooklyn, NY 11201
By:    Andrew Goldsmith

ALOMAR & ASSOCIATES, P.C.
60-89 Myrtle Avenue
Ridgewood, NY 11385
By:    Karina Alomar
Attorney for Thomas Archer

FEDERAL DEFENDERS OF NEW YORK, INC.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
By:    Mildred Whalen
Attorney for Rukhsana Rafique

JOHNSON, Senior District Judge:

1

Jury selection and trial in the above referenced action are set to begin on November 16, 2009. Defendants have numerous times submitted certain discovery requests to the government which, to date, have not been fulfilled. Defendants now move to hold the Department of Homeland Security ("DHS") in contempt of court, and to adjourn the trial. Defendants' motions are DENIED.

However, the Court hereby orders DHS to <u>immediately</u> produce to the defense team the <u>complete</u> immigration files of the individuals identified in Defendants' motion of November 9, 2009. Specifically, DHS is ordered to <u>immediately</u> produce the files of the following individuals:

1.  Ahmad, Manzoor (xx-xxx-357)
2.  Ali, Qamar (xx-xxx-812)
3.  Allyshaw, Ashmid (xx-xxx-215)
4.  Amjad, Mohammad (xx-xxx-043)
5.  Anjum, Naveed (xx-xxx-504)
6.  Asghar, Naseem (xx-xxx-325)
7.  Ayub, Muhammad a.k.a. Muhinda K. Singh (xx-xxx-058)
8.  Bandari, Gurucharan (xx-xxx-759)
9.  Butt, Jaria M.
10. Dass, Krishan a.k.a. Autar Singh (xx-xxx-185, xx-xxx-456)
11. Gill, Tariq (xx-xxx-942)
12. Ilyas, Allia (xx-xxx-799)
13. Josan, Pritam (xx-xxx-297)
14. Kaur, Harpreet
15. Kaur, Manjit (xx-xxx-246)
16. Kaur, Lakhwinder a.k.a. Manjit Singh
17. Kim, Min Seok (xx-xxx-349)
18. Kumar, Yogender (xx-xxx-888)
19. Lal, Parmajit (xx-xxx-953)
20. Malik, Hassa (xx-xxx-059)
21. Mir, Wiqar (xx-xxx-338)
22. Mumtaz, Mohammad (xx-xxx-093)
23. Narinjan, Multani (xx-xxx-476)
24. Pal, Dharam (xx-xxx-705)
25. Pal, Joginder (xx-xxx-830)
26. Pal, Sat (xx-xxx-768)
27. Quder, Abdul (xx-xxx-985)

28. Rasul, Eidul (xx-xxx-123)
29. Rawal, Lalluram Somaji
30. Razzaq, Mohammad (xx-xxx-251)
31. Saleem, Muhammad (xx-xxx-079)
32. Seecharran, Clarice
33. Shaheen, Afzal (xx-xxx-396)
34. Shahid, Muhammad (xx-xxx-631)
35. Sharma, Suman (xx-xxx-791)
36. Singh, Amrik (xx-xxx-121)
37. Singh, Bahadar (xx-xxx-277)
38. Singh, Bahadur (xx-xxx-142)
39. Singh, Baldev (xx-xxx-355)
40. Singh, Baljit (xx-xxx-486)
41. Singh, Balkar (xx-xxx-110, xx-xxx-848, xx-xxx-848)
42. Singh, Balwant (xx-xxx-924)
43. Singh, Chhot
44. Singh, Daljit (xx-xxx-938, xx-xxx-476)
45. Singh, Gurmit (xx-xxx-323)
46. Singh, Harjinder (xx-xxx-404)
47. Singh, Jarnail (xx-xxx-435)
48. Singh, Jatinder
49. Singh, Joginder
50. Singh, Jujhar (xx-xxx-137)
51. Singh, Kulwant (xx-xxx-743)
52. Singh, Lakhwinder (xx-xxx-999)
53. Singh, Manjit (xx-xxx-139)
54. Singh, Manjit (xx-xxx-650, xx-xxx-686)
55. Singh, Mastan (xx-xxx-703)
56. Singh, Santok (xx-xxx-869)
57. Singh, Surat (xx-xxx-441)
58. Singh, Surinder (xx-xxx-303)
59. Singh, Swaran (xx-xxx-943)
60. Singh, Tarlok (xx-xxx-859)
61. Talwandi, Baljit (xx-xxx-929)
62. Thaker, Bihari (xx-xxx-013)
63. Virdi, Mahinder (xx-xxx-440)
64. Wadhwa, Umesh (xx-xxx-627)
65. Waheed, Shaikh, A.

SO ORDERED.

Dated: November 10, 2009 _____/s/_____
      Brooklyn, New York      Sterling Johnson, Jr, U.S.D.J.