# ALOMAR & ASSOCIATES, PC
## ATTORNEYS & COUNSELORS AT LAW

**KARINA E. ALOMAR, ESQ**
*ALSO ADMITTED IN NJ, FL
E-Mail: alomar.associatespc@gmail.com

60-89 Myrtle Avenue
Ridgewood, N.Y. 11385
Tel: (718) 456-1845
Fax: (718) 386-9299

November 13, 2009

A Via Facsimile: (718) 254-6481
USA Andrew Goldsmith
147 Pierrepont Street
Brooklyn, New York 11201

RE: USA v. Thomas Archer and Rukhsana Rafique
08-MJ-184 (LB)

Dear Mr. Goldsmith:

This letter is to memorialize our telephone conversation of yesterday, November 12, 2009, whereby you advised that you would not be providing any further material regarding Mr. Sarvjit Singh, as he will not be called as a Government witness.

At this time I am also joining in the Co-Defendant's application for the grants of deferred action, that were granted to Nizar Ahmad, 3500-NA-5; Iris Ally, 3500-IA-3; Mohmmmed Ally, 3500-MA-4; and Gulistan NLN, 3500-G-4; as the Defendant Thomas W. Archer also believes that the grants of deferred action to be _Giglio_ material as stated by the counsel of Co-Defendant.

Thank you for your prompt attention to this matter.

Very truly yours,

KARINA E. ALOMAR

Cc: The Honorable Sterling Johnson, via ECF
Ms. Mildred Whalen, Esq., via ECF