

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

```
WC:AEG/SD                          271 Cadman Plaza East
F.#2007R02181                      Brooklyn, New York 11201
```

November 13, 2009

**By Hand and ECF**

The Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:   United States v. Thomas Archer <u>et al</u>.
                <u>Criminal Docket No. 08-288 (S-1)(SJ)</u>

Dear Judge Johnson:

          The government has reviewed the proposed Requests to
Charge filed by defendants Rhuksana Rafique and Thomas Archer.
The government objects to Request 11, which proposes a "Missing
witness not equally available to defendant" charge.

          Under Second Circuit law, to obtain a missing witness
instruction the defendants must prove that (1) the potential
witness is within the government's power to produce, (2) the
person's testimony would be favorable to the defendant and (3)
the testimony of the witness would not be merely cumulative.
<u>United States v. Torres</u>, 845, F. 2d 1165.(2d. Cir. 1988); <u>United
States v. Tyers</u>, 487 F. 2d 828, 831(2d Cir.  1973); <u>see
generally</u>, <u>Federal Practice and Criminal Procedure</u>, Criminal
section 489 (2d ed. 1982).  At this time, the government is not
aware of any potential "missing witness" which necessitates this
charge.

                    Respectfully submitted,

                    BENTON J. CAMPBELL
                    United States Attorney

          By:   _____/s/_____
                    Andrew E. Goldsmith
                    Soumya Dayananda
                    Assistant U.S. Attorneys
                    (718) 254-6498/7996