

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

LF:AEG/SD                                  *271 Cadman Plaza East*
F.#2007R02181                              *Brooklyn, New York  11201*

November 13, 2009

**By Hand and ECF**

The Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. Thomas Archer et al.
           Criminal Docket No. 08-288 (S-1)(SJ)

Dear Judge Johnson:

      The government has reviewed the proposed <u>Voir Dire</u> filed by defendant Thomas Archer.  The government objects to questions one and five, which directly address the interactions between Archer and clients who retained him as a lawyer.  Such case specific questions are inappropriate for <u>Voir Dire</u>.  If the Court is inclined to <u>Voir Dire</u> potential jurors about their views of lawyers, the government proposes the following question:

> The defendant is an attorney who practiced immigration law. Do you have any views or feelings  about attorneys which would prevent you from keeping an open mind during the course of the trial?

                              Respectfully submitted,

                              BENTON J. CAMPBELL
                              United States Attorney

           By:  _____/s/_____
                Andrew E. Goldsmith
                Soumya Dayananda
                Assistant U.S. Attorneys
                (718) 254-6498/7996