# ALOMAR & ASSOCIATES, PC
## ATTORNEYS & COUNSELORS AT LAW

---

**KARINA E. ALOMAR, ESQ**
*ALSO ADMITTED IN NJ, FL
E-Mail: alomar.associatespc@gmail.com

60-89 Myrtle Avenue
Ridgewood, N.Y. 11385
Tel: (718) 456-1845
Fax: (718) 386-9299

November 13, 2009

**By: Facsimile (718) 254-6320 & ECF**

AUSA Andrew Goldsmith
AUSA Soumya Dayananda
U.S 271 Cadman Plaza
Brooklyn, NY 11201

**By: Facsimile (718) 855-0760 & ECF**

Mildred Whalen, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

Re: United States v. Thomas Archer et. Al.
<u>Criminal Docket No.: 08-288( S-1)(SJ)</u>

Dear Counsel:

Enclosed please find a proposed stipulation in the above referenced case, relating to Mr. Thomas Archer's admission as an attorney to the New York State Bar.

Please advise as soon as possible whether you will agree to this stipulation.

Very truly yours,

/S/
Karina E. Alomar, Esq.
Attorney for Defendant
Thomas Archer
60-89 Myrtle Avenue
Ridgewood, New York 11385
Telephone No.: (718) 456-1845
Fax No.: (718) 386-9299

Enclsure

Cc: Clerk of Court (SJ) (w/o enclosure)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA                    08-CR-288 (S-1) (SJ)

    -against-

THOMAS ARCHER and
RUKHSANA RAFIQUE
    Also known as
    "RUKHSANA RUKHSANA"

    Defendants.

----------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and between the UNITED STATES OF AMERICA by Assistant United States Attorneys Andrew E. Goldsmith and Soumya Dayananda and the defendants THOMAS ARCHER by his attorney Karina E. Alomar, Esq., and RUKHSANA RAFIQUE, also known as "RUKHSANA RUKHSANA, " by her attorney Mildren Whalen that:

       1.      The defendant, Thomas Archer, is an attorney, who graduated from Touro Law Center in May 2000 and was thereafter became licensed to practice law by the New York State Appellate Division Second Department in the year 2001.

2.  This stipulation is admissible as evidence

Dated: Brooklyn, New York
       November   2009

                                  BENTON J.L CAMPBELL
                                  United States Attorney
                                  Eastern District of New York

_____  By:  _____
Karina E. Alomar, Esq.                Andrew E. Goldsmith
Attorney for Thomas Archer            Assistant U.S.Attorney

_____  By:  _____
Mildred Whalen, Esq.                  Soumya Dayanada
Attorney for Rukhsana Rafique         Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA                    08-CR-288 (S-1) (SJ)

    -against-

THOMAS ARCHER and
RUKHSANA RAFIQUE
    Also known as
    "RUKHSANA RUKHSANA"

    Defendants.

----------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the UNITED STATES OF AMERICA by Assistant United States Attorneys Andrew E. Goldsmith and Soumya Dayananda and the defendants THOMAS ARCHER by his attorney Karina E. Alomar, Esq., and RUKHSANA RAFIQUE, also known as "RUKHSANA RUKHSANA, " by her attorney Mildren Whalen that:

    1.    The defendant, Thomas Archer, is an attorney, who graduated from Touro Law Center in May 2000 and was thereafter became licensed to practice law by the New York State Appellate Division Second Department in the year 2001.

2. This stipulation is admissible as evidence

Dated: Brooklyn, New York
       November   2009

                                      BENTON J.L CAMPBELL
                                      United States Attorney
                                      Eastern District of New York

_____  By:  _____
Karina E. Alomar, Esq.               Andrew E. Goldsmith
Attorney for Thomas Archer           Assistant U.S. Attorney


_____  By:  _____
Mildred Whalen, Esq.                 Soumya Dayanada
Attorney for Rukhsana Rafique        Assistant U.S. Attorney