# EXHIBIT A

1

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,       : 08-CR-00288(SJ)
                                :
                                :
      -against-                 : United States Courthouse
                                : Brooklyn, New York
                                :
                                :
                                : Monday, November 16, 2009
THOMAS ARCHER                   : 9:30 a.m.
and RUKHSANA RAFIQUE,           :
                                :
         Defendant.             :

- - - - - - - - - - - - - - X


   TRANSCRIPT OF CRIMINAL CAUSE FOR PRE-TRIAL CONFERENCE
      BEFORE THE HONORABLE STERLING JOHNSON, JR.
          UNITED STATES SENIOR DISTRICT JUDGE



                    A P P E A R A N C E S:


For the Government: BENTON J. CAMPBELL, ESQ.
                    United States Attorney
                    Eastern District of New York
                    271 Cadman Plaza East
                    Brooklyn, New York 11201
                 BY: ANDREW EDWARD GOLDSMITH, ESQ.
                     JAMES PATRICK LOONAM, ESQ.
                     SOUMYA DAYANANDA, ESQ.
                     Assistant United States Attorney


For the Defendant:  ALOMAR & ASSOCIATES, P.C.
                    60-89 Myrtle Avenue
                    2nd floor
                    Ridgewood, New York 11385
                 BY: KARINA E. ALOMAR, ESQ.
```

Victoria A. Torres Butler, CRR
Official Court Reporter

Proceedings                                                7

1    The Government and the defense got the copies at the
2    same time on Friday afternoon.
3             THE COURT:  So, you didn't have copies and they
4    didn't have copies?
5             MR. GOLDSMITH:  That's correct, Your Honor.
6             We are -- we do join in the defense's request to
7    have jury selection go ahead today, but to have openings begin
8    on Wednesday, really just to eliminate any issue about whether
9    they have had sufficient time to look at these copies before
10   the cross.
11            These copies are relevant to the first witness --
12   the witness the Government plans to call first.
13            THE COURT:  Let me tell you that I am not very happy
14   with the Department of Homeland Security.  I do not like their
15   conduct in these proceedings.
16            Now, I am going to grant your adjournment, but I am
17   not going to do it for Thursday because I'm taking into
18   consideration; Ms. Alomar said that some time ago she had
19   tickets for wherever she was going on the 25th, and I don't
20   think that we will be finished by the 25th.  So, I'm going to
21   give you a date later on.
22            The other thing is that I have an issue that I have
23   to resolve with respect to Mr. Gupta.
24            There was a deposition that was taken and the
25   allegations are that the Government -- and when I say "the

Victoria A. Torres Butler, CRR
Official Court Reporter

Proceedings                                                         8

1  Government," there's only one Government, that's the
2  U.S. Attorney's Office and, whether Homeland Security knows it
3  or not, or agree or not, they are part of the Government.
4          They said or allowed Mr. Gupta to depart the country
5  back to -- where did he go to; to India?
6          MR. GOLDSMITH:  Yes, Your Honor.
7          THE COURT:  Now, as you point out in your papers,
8  and, also, Ms. Whalen points out in her papers, that:
9          "A witness is not unavailable if his absence is due
10 to the procurement or wrongdoing of the proponent of the
11 deposition testimony for the purpose of preventing the witness
12 from attending or testifying."
13         I am very suspicious of the actions of the
14 Department of Homeland Security and I'm going to order a
15 hearing.  And I want the officials at Homeland Security who
16 are responsible for allowing Mr. Gupta to leave.
17         I, also, am concerned and very suspicious; in the
18 papers of Ms. Alomar, and I don't think they have been
19 disputed, that there was a -- that Gupta's C-visa and H-4-visa
20 application have been destroyed.  How have they been
21 destroyed?
22         I mean, why were they destroyed?
23         MR. GOLDSMITH:  Your Honor, the -- Mr. Gupta's files
24 with Immigration did not include any C-visa or the
25 other visa -- either of these two visas or visa applications

Proceedings                                                    9

1  that they requested.  There weren't, they just weren't in the
2  files.
3          Ms. Alomar suggested that we check Mr. Gupta's
4  wife's file because maybe they were in there for some reason.
5          We did try to obtain her file.  It turned out that
6  those files had been destroyed in 2007 and 2008.  The wife's
7  files.
8          My understanding is that the reason is, that there
9  are various kinds of files.  The wife's files were what are
10 called receipt files.  They are created when certain types of
11 applications are made.
12         Those files, after a certain amount of time goes by,
13 those files are destroyed, unless --
14         THE COURT:  When is the period of time?  How long do
15 they keep them?
16         MR. GOLDSMITH:  I don't know that, Your Honor.
17         My understanding is that it's the ordinary course;
18 that these were destroyed in the ordinary course, whatever
19 that is.
20         THE COURT:  Fine.  I want somebody from Homeland
21 Security to testify as to the policy.
22         There is, also, a law that says that Government
23 files are to be kept for a certain period of time.
24         Do these files fall within that particular
25 parameter?  I don't know.  But I want somebody from Homeland

Proceedings                                                    10

1  Security to be here to be able to testify, under oath.
2           MR. GOLDSMITH:  Yes, Your Honor.
3           I should add, it's not entirely clear that the
4  applications on behalf of Mr. Gupta that defense counsel is
5  looking for were ever even in these files of his wife's.
6           THE COURT:  It may be, but I don't know that.  I
7  will have to make that determination.
8           The other thing is, that they're putting you in an
9  uncomfortable position; I see that you had promised, according
10 to Ms. Whalen, to provide the defense a certain file and that
11 Ms. Whalen alleges in her letter, dated November the 9th, that
12 Homeland Security refused to allow you to give the files to
13 her, or to present them for this.
14          Homeland Security has no authority to refuse to do
15 anything.  Homeland Security, part of the Government, will do
16 what I tell them to do.  But we will have this hearing.
17          Is Thursday good?
18          MS. WHALEN:  This Thursday?
19          THE COURT:  Yes.
20          MS. WHALEN:  Yes, Your Honor.
21          MS. ALOMAR:  That's fine, Your Honor.
22          MR. GOLDSMITH:  That's fine, Your Honor.
23          THE COURT:  This Thursday.
24          And you will have people here from Homeland Security
25 who will testify under oath.

```
                            Proceedings                      12

 1           MR. GOLDSMITH:  I did not mean to suggest he was,
 2   Your Honor.
 3           Well, I understand, thank you.
 4           THE COURT:  I don't know whether he is or not, but I
 5   want somebody here to testify as to the circumstances
 6   surrounding Mr. Gupta being allowed to leave the country.  And
 7   they will testify under oath.
 8           MR. GOLDSMITH:  Yes, Your Honor.
 9           THE COURT:  Okay?  This will be this Thursday.
10           Now, what we'll do is to -- we'll have a control
11   date.
12           Ana, let's get a control date.
13           I probably won't be able to try this case until
14   after the first of the year because I have a busy trial
15   schedule.  And I will be trying cases in other jurisdictions,
16   also.
17           But let's have a control date, Ana.
18           THE COURTROOM DEPUTY:  Sometime in January?
19           THE COURT:  Get a date.
20           THE COURTROOM DEPUTY:  Yes, Your Honor.
21           January 4th, at 9:30.
22           THE COURT:  Now, you might have a good case, you
23   might have a strong case, but you are being undermined by the
24   Department of Homeland Security.
25           I said that on the record, not you.
```

1   MR. GOLDSMITH:  Thank you, Your Honor.

2   THE COURT:  And then, what you'll do is, that if you
3 need something from the Homeland Security, whatever it is, you
4 tell them this is what you want.

5   And if they don't comply with your direction, you
6 tell me.

7   I will either tell them or the case might be
8 dismissed.  I don't know.  Okay?

9   MR. GOLDSMITH:  Yes, Your Honor.

10   There's one other pending motion, which is
11 Mr. Archer's renewed motion to exclude testimony of
12 Mel Shatzkamer.  It was filed on Friday.

13   We filed a response, I believe, yesterday.

14   THE COURT:  From who?  I haven't seen it yet.

15   MS. ALOMAR:  Your Honor, I filed the motion.

16   THE COURT:  I was out of town and I just got back
17 2:00 o'clock Saturday morning.  Now, I was here Saturday
18 afternoon, but I did not see it.

19   Now, what is your motion?

20   MS. ALOMAR:  Your Honor, the essence of my motion is
21 that Your Honor gave me permission to renew my opposition to
22 Officer Shatzkamer's testimony.

23   And my, the basis for my opposition is --

24   THE COURT:  Who is Shatzkamer?

25   MS. ALOMAR:  Shatzkamer is an officer from The

1  Department of Homeland Security who is -- the Government is
2  saying that they're not going to qualify him as an expert, yet
3  he's going to come in and testify as to patterns of fraud.
4           It is the defense's position that to permit this
5  officer to testify as to patterns without giving any type of
6  empirical data upon which this data can be relied upon is
7  wrong.
8           In addition, it is our position that if
9  Officer Shatzkamer is going to -- if he's going to testify in
10 the same manner that he did in a trial in the Southern
11 District, entitled U.S. v. Gupta, that he's misleading the
12 jury because he's going to be testifying --
13          THE COURT:  Let me hear from the Government.
14          MR. GOLDSMITH:  Your Honor, the Government has said
15 repeatedly, in papers and in court, which are cited in our
16 response to Mr. Archer's motion, that Officer Shatzkamer will
17 not be testifying as to his opinion to anything, including as
18 to whether the facts in the files that he reviewed suggest
19 fraud.
20          He will be testifying, essentially, as a summary --
21 as a speaking summary chart.  He reviewed the applications
22 prepared by the defendants and he can -- there are 175
23 applications and he can say that some number of those
24 applications had X characteristics, some number of them had Y
25 characteristics.  It's a factual matter.