# EXHIBIT F

| From: | Goldsmith, Andrew (USANYE) <AGoldsmith@usa.doj.gov> | Date: | 07/21/2009 14:00:00 |
|---|---|---|---|
| To: | marguerite.mills@dhs.gov <marguerite.mills@dhs.gov> | Cc: | |
| Folder: | | | |
| Subject: | Archer A file list | | |
| Attachments: | A files.pdf | | |

🖨 Print the page

<<A files.pdf>> This is the list of A files that Archer's lawyer (and his co-defendant's lawyer) think that they are entitled to under Brady.

GOVERNMENT EXHIBIT
MM-2
08 CR 288 (S)