# EXHIBIT H

**Shatzkamer, Mel**

**From:** Mills, Marguerite C
**Sent:** Thursday, October 15, 2009 8:49 AM
**To:** Shatzkamer, Mel
**Subject:** RE: Archer

Mel,

I will gladly give you all of the files forwarded to me in Archer- they are in boxes in our store room. I am in my office today until about 3:30 and would be happy to discuss any matter with you. I will be away on detail from tomorrow through October 26th - so today is the best and only day to catch me for awhile.

Marguerite C. Mills
Assistant Chief Counsel
ICE/OPLA/OCC-NYC
26 Federal Plaza, Rm. 1130
New York, NY 10278
212-264-5090

**From:** Shatzkamer, Mel
**Sent:** Thursday, October 15, 2009 8:39 AM
**To:** Mills, Marguerite C
**Subject:** Archer

Good morning Marguerite,

Hope all is well. Yesterday myself and associate Terry Shaw met with ADA Soumya Dayananda, who advised us that the defense is requesting 48 files for another discovery. I advised Ms. Dayananda that they will under no circumstances have the original Afiles delivered to them. If you have some time I need to see you today on some legal technicalities. Also I need to pull the 48 files so that I can review, copy, and certify them.

Thank you Marguerite

Mel M. Shatzkamer
Immigration Officer
Department of Homeland Security
United States Citizenship and Immigration Services
Fraud Detection and National Security
26 Federal Plaza 9th Floor
New York, NY 10278
Phone: 212 264-3236
Fax:   212 264-3619

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.



GOVERNMENT
EXHIBIT
MS-1
08 CR 288 (SJ)

11/22/2009