**EXHIBIT J**

## Goldsmith, Andrew (USANYE)

| | |
|---|---|
| **From:** | Goldsmith, Andrew (USANYE) |
| **Sent:** | Monday, November 02, 2009 9:14 AM |
| **To:** | 'Shatzkamer, Mel' |
| **Cc:** | 'Mills, Marguerite C'; Dayananda, Soumya (USANYE); 'Silverman, Eric G' |
| **Subject:** | RE: A files |

I forgot one of our witnesses – Nizar Ahmad (A 99 388 438).

---

**From:** Goldsmith, Andrew (USANYE)
**Sent:** Monday, November 02, 2009 8:44 AM
**To:** Shatzkamer, Mel
**Cc:** Mills, Marguerite C; Dayananda, Soumya (USANYE); Silverman, Eric G
**Subject:** A files

Mel,

I just spoke to Marguerite, who I am copying on this email.  She tells me that she has no objection to your giving us certified copies of the A files of our witnesses and of other Archer clients identified by defense counsel.  Our witnesses are Gulistan NLN (A 93 447 839), Iris Ally (A 93 372 354), Muhammad Ally (A 99 372 834), and Sarvjit Singh (I don't have his A number, but Marguerite has his file).  The lists of Archer clients identified by defense counsel are attached.  As I discussed with Marguerite, the certified copies of the files should not include notes and internal documents of immigration authorities, but they should contain all documents filed by the aliens and all correspondence between the government and the aliens – not limited to their 687 applications.  We are obligated to turn these materials over to defense counsel.  We would like to have the certified copies by the end of the week if at all possible.  Thanks for your help on this.

Andy

Andrew E. Goldsmith
Assistant United States Attorney
United States Attorney's Office for the Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
718-254-6498
718-254-6320 (fax)
andrew.goldsmith2@usdoj.gov

1



GOVERNMENT
EXHIBIT
MM-4

08 CR 288 (SJ)