# EXHIBIT L

**Goldsmith, Andrew (USANYE)**

**From:** Raphael, Jason E [jason.raphael@dhs.gov]
**Sent:** Tuesday, November 10, 2009 5:40 PM
**To:** Goldsmith, Andrew (USANYE)
**Subject:** RE: Order

No objection.

---

**From:** Goldsmith, Andrew (USANYE) [mailto:Andrew.Goldsmith2@usdoj.gov]
**Sent:** Tuesday, November 10, 2009 5:39 PM
**To:** Raphael, Jason E
**Cc:** Dayananda, Soumya (USANYE)
**Subject:** RE: Order

Understood. Thank you. Would you mind if we send the letter to defense counsel by email right now, so that we can feel out how they're going to respond? It affects whether we turn over certain materials to them tomorrow.

---

**From:** Raphael, Jason E [mailto:jason.raphael@dhs.gov]
**Sent:** Tuesday, November 10, 2009 5:28 PM
**To:** Goldsmith, Andrew (USANYE)
**Subject:** RE: Order

I will FedEx the attached letter to Judge Johnson.

---

**From:** Goldsmith, Andrew (USANYE) [mailto:Andrew.Goldsmith2@usdoj.gov]
**Sent:** Tuesday, November 10, 2009 4:49 PM
**To:** Raphael, Jason E
**Subject:** Re: Order

It's your call of course, but if you can get an estimate I would give the judge that.

---

**From:** Raphael, Jason E <jason.raphael@dhs.gov>
**To:** Goldsmith, Andrew (USANYE)
**Sent:** Tue Nov 10 16:44:46 2009
**Subject:** RE: Order

I can write a letter but I don't know when the copying and certification will be completed.

---

**From:** Goldsmith, Andrew (USANYE) [mailto:Andrew.Goldsmith2@usdoj.gov]
**Sent:** Tuesday, November 10, 2009 4:16 PM
**To:** Raphael, Jason E
**Cc:** Dayananda, Soumya (USANYE)
**Subject:** Re: Order

Jason, if this will not be done by Thursday morning, you should file a letter with the court.

---

**From:** Raphael, Jason E <jason.raphael@dhs.gov>
**To:** White, Patricia <patricia.white@dhs.gov>

1

GOVERNMENT
EXHIBIT
JS -1
08 CR 288 (SJ)

**Cc:** Shatzkamer, Mel <Mel.Shatzkamer@dhs.gov>; Silverman, Eric G <eric.silverman@dhs.gov>; Gregory, Peter D <peter.gregory1@dhs.gov>; Goldsmith, Andrew (USANYE)
**Sent:** Tue Nov 10 16:12:05 2009
**Subject:** FW: Order

Dear Ms. White,

DHS has been ordered to serve certain A-files on defense counsel in a criminal matter pending in federal court in Brooklyn. The judge's order is attached. In lieu of releasing the actual files, we will release certified copies – one set for each of the 2 defense teams and 1 set for the AUSA.

I've asked ICE Special Agent Eric Silverman to kindly copy the files and present them to you for certification. Please let me know if your office will be able to certify the copies sometime Thursday or Friday.

Thank you.

Jason Raphael
Associate Regional Counsel
USCIS

---

**From:** Goldsmith, Andrew (USANYE) [mailto:Andrew.Goldsmith2@usdoj.gov]
**Sent:** Tuesday, November 10, 2009 3:23 PM
**To:** Raphael, Jason E; Gregory, Peter D
**Cc:** Dayananda, Soumya (USANYE)
**Subject:** Order

Please see attached.

<<2009 11 10 Order re DHS.pdf>>

2