# EXHIBIT N

## Goldsmith, Andrew (USANYE)

**From:** Goldsmith, Andrew (USANYE)
**Sent:** Thursday, November 12, 2009 4:33 PM
**To:** 'Raphael, Jason E'; Silverman, Eric G
**Cc:** Dayananda, Soumya (USANYE)
**Subject:** Copies

Defense counsel have no objection to receiving non-certified copies of the 65 files. Please arrange with them a time for them to pick them up or for you to deliver them to them. (I'm writing to both of you because I don't know who is in a better position to get ahold of the copies at this point.) I suppose they could be FedEx'd tonight, but if they don't go out tonight they will need to be hand-delivered so they receive them tomorrow. Defense counsel are Mildred Whalen (718-330-1290) and Karina Alomar (718-456-1845). Thank you for your help on this.



GOVERNMENT EXHIBIT
JS-4
08 CR 288 (SJ)

1