**U.S. Department of Justice**



United States Attorney
Eastern District of New York

JAJ:AEG/SD
F.#2007R02181

271 Cadman Plaza East
Brooklyn, New York 11201

February 17, 2010

**By Hand and ECF**

The Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. Thomas Archer et al.
           Criminal Docket No. 08-288 (S-1)(SJ)

Dear Judge Johnson:

    Enclosed please find a transcript of the deposition of Rahul Gupte. The parties objected to questions at the pages listed below. After the Court rules on the objections, the government will prepare an edited video of the deposition that excludes overruled objections and the questions and answers associated with sustained objections.

| 24 | 92 | 144 | 145 | 147 | 148 | 155 | 157 | 238 |

                            Respectfully submitted,

                            BENTON J. CAMPBELL
                            United States Attorney
                            Eastern District of New York

               By:       /s/
                            Andrew E. Goldsmith
                            Soumya Dayananda
                            Assistant U.S. Attorneys
                            (718) 254-6498/7996

Enclosure

cc:   Karina Alomar, Esq. (by facsimile and ECF) (w/out enclosure)
      Mildred Whalen, Esq. (by hand and ECF) (w/out enclosure)