# EXHIBIT B

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------X

GRIGORI ZAICHIK, on behalf of himself
And all persons similarly situated

                Plaintiffs,             Index No. 300560TS07

       -against-

HK INVESTIGATIONS CO., DAVID J.        **Notice of Motion for**
GOLD, DAVID J. GOLD, P.C., THOMAS W.   **Summary Judgment**
ARCHER, and STEHPANIE BOWMAN d/b/a  **Pursuant to CPLR 3212**
SUPREME JUDGMENT RECOVERY

               Defendants.

-------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the annexed affirmation of Karina E. Alomar, Esq. and affidavit of Stephanie Bowman, dated October 30, 2008, and upon all the proceedings heretofore had herein, a motion will be made at this Civil Court at 111 Centre Street, New York, NY 10013, Room 325 Part #33, on March 3, 2009 at 9:30 a.m., or as soon thereafter as parties counsel can be heard for a motion made pursuant to CPLR 3212, requesting summary judgment in favor of the defendant Stephanie Bowman d/b/a Supreme Judgment Recovery, against the plaintiff and the defendant HK Investigations Co, David Gold and Thomas Archer, as provided by CPLR, and for such other and further relief as to the Court may seem just and proper.

Dated: February 19, 2009

Alomar & Associates, P.C.
Karina E. Alomar
Attorney for Defendant
Stephanie Bowman d/b/a

MAR 2 6 2009