

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

CNC:SD
F.#2007R02181          *271 Cadman Plaza East*
         *Brooklyn, New York 11201*

March 11, 2010

**By Hand & ECF**

Karina E. Alomar, Esq.      Mildred Whalen, Esq.
Alomar & Associates, PC     Federal Defenders of New York
60-89 Myrtle Avenue         One Pierrepont Plaza, 16th Floor
Ridgewood, New York 11385   Brooklyn, New York 11201

       Re:   United States v. Thomas Archer et al.
               Criminal Docket No. 08-288 (S-1)(SJ)

Dear Counsel:

      Enclosed please find additional 3500 material in the above-referenced case. Also enclosed are additional exhibits, which were previously provided to counsel as part of 3500 materials.

                              Very truly yours,

                              BENTON J. CAMPBELL
                              United States Attorney

               By:       /s/_____
                     Andrew E. Goldsmith
                     Soumya Dayananda
                     Assistant U.S. Attorneys
                     (718) 254-6498/7996

Enclosures

cc: Clerk of the Court (SJ) (w/o enclosures) (by ECF)