UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA,          <u>NOT FOR PUBLICATION</u>

                                                  08 CR 288 (SJ)

        v.

                                                 <u>ORDER</u>

THOMAS ARCHER and
RUKHSANA RAFIQUE,

        Defendants.
---------------------------------------------------X

A P P E A R A N C E S

UNITED STATES ATTORNEY
Benton J. Campbell
271 Cadman Plaza East
Brooklyn, NY 11201
By:    Andrew Goldsmith
         Soumya Dayananda

ALOMAR & ASSOCIATES, P.C.
60-89 Myrtle Avenue
Ridgewood, NY 11385
By:    Karina Alomar
Attorney for Thomas Archer

FEDERAL DEFENDERS OF NEW YORK, INC.
16 Court Street
Brooklyn, NY 11201
By:    Mildred Whalen
Attorney for Rukhsana Rafique


JOHNSON, Senior District Judge:

1

Jury selection and trial are set to being in the above-referenced action on March 15, 2010.  On December 20, 2009, the Court granted the government's motion to admit the videotaped deposition of Rahul Gupte ("Gupte"), and on February 17, 2010, the government submitted a transcript of Gupte's deposition for the Court's ruling on the objections made therein.  (Dkt. Nos. 130, 133).  In accordance with the government's request, the Court makes the following rulings:

I.   Defense counsel's hearsay objection as to what Gupte was told about defendant Thomas Archer is SUSTAINED.  (Tr. at 24.)

II.  The government's objections on the basis of attorney/client privilege are OVERRULED.  (Tr. 92, 148.)

III. The government's objections that counsel's question assumed facts not in evidence are SUSTAINED as to the objections made on pages 144 and 145. (Tr. 144-5.)

IV.  The government's objection to testimony about (1) Gupte's intent to leave the United States and (2) the value of his property located in the United States as irrelevant are OVERRULED.  (Tr. 147, 155-157.)

V.   Defense counsel's objection to Gupte's testimony about the subjective intent of attorneys he hired is SUSTAINED.  (Tr. 238.)

**SO ORDERED.**

Dated: March 12, 2010                   _____/s/_____
       Brooklyn, NY                              Sterling Johnson, Jr., U.S.D.J.