# ALOMAR & ASSOCIATES, PC
## ATTORNEYS & COUNSELORS AT LAW

**KARINA E. ALOMAR, ESQ**

*ALSO ADMITTED IN NJ, FL
E-Mail: alomar.associatespc@gmail.com

60-89 Myrtle Avenue
Ridgewood, N.Y. 11385
Tel: (718) 456-1845
Fax: (718) 386-9299

March 29, 2010

Honorable Sterling Johnson Jr.,
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Thomas Archer
08 CR 288

Dear Judge Sterling Johnson:

This letter is respectfully submitted to request a thirty day extension for the filing of a Rule 29 motion in the above captioned matter, as I will be going on vacation this Wednesday and will not have sufficient time to prepare said motion.

I have sought the government's consent to this application. They have consented.

Thank you for your courtesy and consideration.

Very truly yours,

KARINA E. ALOMAR

cc: Andrew Goldsmith, Esq.
    Assistant United States Attorney

    Mildred Whalen, Esq.