## ALOMAR & ASSOCIATES, PC
## ATTORNEYS & COUNSELORS AT LAW

**KARINA E. ALOMAR, ESQ**
*ALSO ADMITTED IN NJ, FL
E-Mail: alomar.associatespc@gmail.com

60-89 Myrtle Avenue
Ridgewood, N.Y. 11385
Tel: (718) 456-1845
Fax: (718) 386-9299

July 19, 2010

The Honorable Sterling Johnson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: USA v. Thomas Archer and Rukhsana Rafique
08 -MJ-184 (LB)

Dear Judge Johnson:

Please accept this letter as a formal request for my client, Thomas Archer, to take a family vacation on August 18th through August 25th, 2010. Mr. Archer will be staying at a family friend's house at 7040 Valley Landing Court, Cumming, GA 30041. He will be driving to Georgia.

US Attorney Andrew Goldsmith and Pretrial, Marnie Gerardino have already consented to the request.

Very truly yours,

KARINA E. ALOMAR