258

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,       : 08-CR-00288(SJ)
                                :
                                :
      -against-                 : United States Courthouse
                                : Brooklyn, New York
                                :
                                : Wednesday, March 17, 2010
THOMAS ARCHER                   : 9:30 a.m.
and RUKHSANA RAFIQUE,           :
                                :
        Defendant.              :

- - - - - - - - - - - - - - X

TRANSCRIPT OF CRIMINAL CAUSE FOR JURY TRIAL
BEFORE THE HONORABLE STERLING JOHNSON, JR.
UNITED STATES SENIOR DISTRICT JUDGE

A P P E A R A N C E S:

For the Government: BENTON J. CAMPBELL, ESQ.
                    United States Attorney
                    Eastern District of New York
                    271 Cadman Plaza East
                    Brooklyn, New York 11201
              BY:   ANDREW EDWARD GOLDSMITH, ESQ.
                    JASON ALLEN JONES, ESQ.
                    SOUMYA DAYANANDA, ESQ.
                    Assistant United States Attorney


For the Defendant:   ALOMAR & ASSOCIATES, P.C.
                     60-89 Myrtle Avenue
                     2nd floor
                     Ridgewood, New York 11385
                 BY: KARINA E. ALOMAR, ESQ.
                     GIACONDA RODRIGUEZ

259

A P P E A R A N C E S:   (Continued)


For the Defendant:      FEDERAL DEFENDER OF NEW YORK
                            16 Court Street
                            3rd Floor
                            Brooklyn, New York  11201
                        BY:MILDRED M. WHALEN, ESQ.
                            THALLEN BRASSEL, ESQ.




         A L S O    P R E S E N T:


            Ravi Kotru          Hindi Interpreter

            Hafeez Amad         Urdu Interpreter

            Alyas Bhatti        Urdu Interpreter

                    Special Agent Rajiv Bhatia



Court Reporter:  Victoria A. Torres Butler, CRR
                 Official Court Reporter
                    Telephone: (718) 613-2607
                    Facsimile: (718) 613-2324
                    E-mail:    VButlerRPR@aol.com

Proceedings recorded by computerized stenography.  Transcript
produced by Computer-aided Transcription.

```
                        Proceedings                    260
```

1              (In open court.)

2              (The following occurs outside the presence of the

3      jury.)

4              (Judge STERLING JOHNSON, JR. is in the courtroom at

5      9:28 a.m.)

6              THE COURTROOM DEPUTY:  All rise.

7              THE COURT:  Call the case on trial.

8              THE COURTROOM DEPUTY:  Case on trial, United States

9      of America versus Archer.

10             THE COURT:  Where are we now, cross is coming up?

11             MR. GOLDSMITH:  Yes, cross is coming up.

12             THE COURT:  Where are we, Ms. Whalen?

13             MS. WHALEN:  Your Honor, I would say I'm

14     anticipating half an hour.  But we're working with an

15     interpreter.

16             THE COURT:  Yes, I understand.

17             And, Ms. Alomar?

18             MS. ALOMAR:  Your Honor, I anticipate half an hour.

19             It may be less if Ms. Whalen covers the same points

20     I won't do the same points.

21             THE COURT:  Okay.

22             Now, the witnesses that you have after this, are

23     they short, long, or what?

24             MR. GOLDSMITH:  Two of them are short.  One of them

25     is longer, Your Honor.

Proceedings                                    261

1          THE COURT:  Okay.  And at the conclusion of

2     testimony today, we'll have the charge conference.

3          MR. GOLDSMITH:  All right.

4          MS. WHALEN:  Yes, Your Honor.

5          MS. ALOMAR:  Yes, Your Honor.

6          (Pause in the proceedings.)

7

8          MS. DAYANANDA:  Your Honor, the interpreter for the

9     witness has just come through security downstairs.  So, it

10    will be a few minutes.

11         THE COURT:  We'll, we're not going do anything now.

12    I just want to get an idea what's going on.

13         We have a matter with another case where the

14    defendant should have been here at 9:00 o'clock.

15         MS. ALOMAR:  Your Honor, if they were coming from

16    Long Island, there was a big overturned truck and there

17    were -- all four lanes were blocked.  So, I know that my

18    client left at 6:00 in the morning from Long Island he just

19    got here a few minutes ago.

20         THE COURT:  I was here at 6:00 in the morning.

21         MS. ALOMAR:  Okay.

22         THE COURT:  So, if I could get here at 6:00 in the

23    morning, somebody could be here at 9:00 in the morning.

24         And even though he left at 6:00 in the morning, he's

25    still on time.

Proceedings                                      262

1        MS. ALOMAR:  That's true.

2        THE COURT:  Where is that water, Ana?

3        THE COURTROOM DEPUTY:  Sorry, Judge.

4        (Pause in the proceedings.)

5

6        (Recess taken at:  9:30 a.m.)

7

8        (Continued on following page.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings                                      263

1            (In open court.)

2            (The following occurs outside the presence of the

3     jury.)

4            (Judge STERLING JOHNSON, JR. is in the courtroom at

5     9:47 a.m.)

6            THE COURT:  Call the case, Ana.

7            THE COURTROOM DEPUTY:  Case on trial.

8            THE COURT:  Are you ready?

9            ALL:  Yes, Your Honor.

10           THE COURT:  Is the jury here?

11           You can sit down, I don't know if the jury's here.

12           They're not here?

13           THE COURTROOM DEPUTY:  One is missing.

14           THE COURT:  We're missing one.

15           (Recess taken at 9:50 a.m.)

16

17           (In open court.)

18           (Judge STERLING JOHNSON, JR. enters the courtroom at

19    10:05 a.m.)

20           THE COURTROOM DEPUTY:  All rise.

21           THE COURT:  Bring the jury in.

22           (Pause in the proceedings.)

23

24           (Witness enters and resumes stand.)

25

Gulistan - Cross / Whalen                    264

1           (In open court.)

2           (Jury enters the courtroom at 10:07 a.m.)

3           THE COURTROOM DEPUTY:  All rise.

4           THE COURT:  Be seated.

5           You're still under oath.

6           Cross?

7           MS. WHALEN:  Yes, Your Honor.

8  **M R.    G U L I S T A N**,

9       called as a witness, having been previously duly

10      sworn, was examined and testified as follows:

11

12          (Through Interpreter Hafeez Amad:)

13  CROSS-EXAMINATION

14  BY MS. WHALEN:

15  Q   Good morning, Mr. Gulistan.

16  A   Good morning.

17          MS. WHALEN:  Is the microphone on?

18          THE COURT:  Is that microphone on?  The green light

19  there?

20          THE URDU INTERPRETER:  Yes, it is.

21          MS. WHALEN:  Is this one on (indicating)?

22          THE COURTROOM CLERK:  Now it is.

23  Q   Mr. Gulistan, your native language is Pashto; correct?

24  A   Yes.

25  Q   And you're using an Urdu interpreter today; is that

1    correct?

2    A    Yes.

3    Q    And when you speak to the prosecutor and the agents, you

4    use an Urdu interpreter; correct?

5    A    Yes.

6    Q    Okay.  The tape recording that we listened to yesterday,

7    is that in Urdu or in Hindi?

8    A    Hindi, Urdu, is same.

9    Q    Okay.  So, it's your opinion it's the same language?

10   A    But I speak Urdu.

11   Q    You speak Urdu instead of Hindi?

12   A    Both languages are same, but I speak Urdu.

13   Q    Now, you're testifying here today with an agreement from

14   the Government; is that correct?

15   A    Yes.

16   Q    And they agreed not to prosecute you for visa fraud; is

17   that correct?

18   A    Yes.

19   Q    And they agreed to let you stay in the country while

20   you're cooperating; is that correct?

21   A    Yes.

22   Q    And they gave you employment authorization; isn't that

23   correct?

24   A    Yes.

25   Q    Now, you can't read or write.

Gulistan - Cross / Whalen                                266

1          So, you didn't fill out the papers for employment

2     authorization; is that correct?

3     A     No.

4     Q     Okay.  You didn't fill out the papers.

5     A     No.

6     Q     Okay.  And but you have to pay a fee for employment

7     authorization; isn't that correct?

8     A     Yes.

9     Q     Did you pay this fee or did the Government pay that fee?

10    A     I paid it.

11    Q     Now, you testified that you had no promises from the

12    Government that you would be allowed to stay in the

13    United States after this case is finished.

14    A     No one made this promise to me.

15    Q     Okay.  Do you think you'll be allowed to stay?

16    A     I don't know.

17    Q     Did anyone tell you it was possible you could stay?

18          MS. DAYANANDA:  Objection, Your Honor.

19    A     No one told me.

20    Q     Now, you said you first came to the United States to

21    visit your uncle; isn't that correct?

22    A     Yes.

23    Q     And that was back in 1981; is that correct?

24    A     Before '81.

25    Q     Okay.  Well, on the tape, you were asked yesterday, when

1  you mentioned 1981 and you clarified, that was when you came

2  to see your uncle.

3  A    This, before '81.  I came along with my uncle.

4  Q    Okay.  So, you came before '81.

5           And you stayed until '81?

6  A    I came here before '81, stayed here for a month or two,

7  and then I left.

8  Q    Are you sure it was a month or two?

9  A    Yes.  I was, at that time, quite young.

10 Q    You don't think you told Agent Silverman that you stayed

11 here for almost a year?

12 A    No.

13 Q    Now, you testified that you came to the United States

14 with an uncle; is that correct?

15 A    Yes.

16 Q    Okay.  And when you came, you needed a visa to come to

17 the United States in 1981; isn't that correct?

18 A    I don't know because I was young and I came here along

19 with my uncle.

20 Q    Okay.  You didn't -- well.  You can't read or write.

21           So, you didn't apply for the visa; isn't that

22 correct?

23 A    I know nothing, I came -- I know nothing.  I was quite

24 young and at that time I came with my uncle.

25 Q    Okay.  But you don't know what they said on the visa for

1  you to be able to come in 1981.

2  A    No, I know nothing about that.

3  Q    Okay.  Did you have to attend an interview with the

4  American consulate before you could come in 1981?

5  A    I was quite young, I have no recollection for that.

6  Q    Well, you were born in 1963; isn't that correct?

7  A    Yes.

8  Q    Okay.  So, in 1981, you would have been 17?

9  A    I came before that.  I couldn't understand anything at

10 that time.  I was quite young when I came.

11 Q    Now, you testified that you came back to the

12 United States in September of 2000; is that correct?

13 A    Yes.

14 Q    And it's also your testimony that you were never back in

15 the United States between 1982 and 2000.

16 A    At that time I was in Pakistan.

17 Q    Okay.  Well, you also testified, I think, that you lived

18 in Russia and China as well; correct?

19 A    Yes.

20 Q    And you also lived in Uzbekistan; is that correct?

21 A    Yes.

22 Q    Okay.  And you needed visas to live in Russia, China, and

23 Uzbekistan; is that correct?

24 A    Yes, visa.

25 Q    Okay.  What work did you do in Russia, China, and

1   Uzbekistan?

2   A    Garments business.

3   Q    Okay.  Did you have permission to work in those

4   countries?  Like your employment authorization to work in the

5   United States?

6   A    Yes, business.

7   Q    Okay.  Now, you testified -- you went to Uzbekistan with

8   a visa; isn't that correct?

9   A    Yeah, visa.

10  Q    You have to submit papers for that visa?

11  A    Yes.

12  Q    Okay.  And you testified that you don't read and write in

13  any language.

14          Did you hire someone to prepare the papers for you?

15  A    The agent would do that on my behalf.

16  Q    Okay.  And an agent is a person you hired to prepare the

17  papers for the visa; isn't that correct?

18  A    Yes, I paid money to them and they work for me.

19  Q    Okay.  Now, did you also have to attend an interview at

20  the consulate in Uzbekistan to get a visa?  Or somewhere else?

21  A    No.

22  Q    No interview?  It was all prepared on the papers?

23  A    One, you have to go to embassy.  Then they will renew the

24  visa automatically after six months.

25  Q    Okay.  So, let's talk about the first time.

1          The first time you got the visa, you had to go to
2    the embassy?
3    A    Yes.
4    Q    Okay.  And what did the -- did the agent prepare you for
5    the interview?
6    A    From Uzbekistan I got in immigration.  And on that
7    immigration, I went there on visa.
8    Q    Okay.  So, you got immigration status in Uzbekistan?
9    A    Yes.
10   Q    Okay.  And did you fill out those papers or did the agent
11   fill out those papers?
12   A    Agents filled it out.
13   Q    Okay.  And did you have to attend an interview for those
14   papers?
15   A    Just once.
16   Q    Okay.  And did the agent prepare you for that interview?
17   A    Yes.
18   Q    What did the agent tell to you say?
19   A    He said nothing.  He told me go and get the visa.
20   Q    Okay.  And everything you said at that interview was
21   true?
22   A    Yes, it was true.
23   Q    Okay.  Now, in 2000, you applied for a visa to the
24   United States; isn't that correct?
25   A    Yes.

Gulistan - Cross / Whalen                271

1  Q     And you applied for that visa in Uzbekistan; isn't that
2  correct?
3  A     Yes.
4  Q     Did you use an agent again to apply for that visa?
5  A     No.
6  Q     Then, how did you prepare the papers?
7  A     The people who knew me, they helped me do that.
8  Q     Your friends helped you prepare the papers?
9  A     Yes, friends.
10 Q     Okay.  Why did you say you were coming to the
11 United States?
12 A     Business.
13 Q     What kind of business?
14 A     I would look for that, what business.
15 Q     You told them you were coming to the United States to
16 look for work?
17 A     No, I didn't say that.
18 Q     What did you say?
19 A     Business.  For business.
20 Q     Okay.  But didn't they ask you what kind of business?
21 A     In business there are a lot of things.  Like, tourist in
22 Uzbekistan.  And garments, also.
23 Q     Okay.  But you say you can't read and you say you can't
24 write; isn't that correct?
25 A     No.

Gulistan - Cross / Whalen                    272

1   Q    And you don't speak English.

2   A    No.  I, I speak Russian.

3   Q    And you were applying to come to the United States?

4   A    Yes.

5   Q    What did you tell the people at the U.S. consulate you

6   were coming to the United States to do?

7   A    For business.

8   Q    And didn't they ask you, specifically, what business you

9   were going to conduct?

10  A    They didn't -- they didn't ask me because in business lot

11  of things come.  And I had my own business, garment business,

12  in Uzbekistan.

13  Q    Well, did they ask you if you were coming to sell

14  fabrics?

15  A    I didn't say anything like that.  I said I do business.

16  Whatever I got the business, I do the business.

17  Q    And they didn't ask you anything else?

18  A    No.

19  Q    Now, you say that that visa permitted you to stay in the

20  United States for three months; isn't that correct?

21  A    Yes.

22  Q    And you came to the United States and you stayed for

23  three months.

24       And you testified yesterday that you then filed for

25  an extension; isn't that correct?

1   A    Yes, I did.

2   Q    Who filled out the paperwork for the extension?

3   A    They provide, they didn't question.  He filled up form

4   for me and he told me that the visa has been extended for

5   another six months.

6   Q    Okay.  What did you say you wanted the extension for?

7   A    I told him I have three months and get extension for

8   another three months.

9   Q    But don't you have to say why you want the extension?

10  A    Because I didn't have those, under that time to make

11  money.  So, that will be because -- that will extend my stay

12  over here.

13  Q    I'm sorry, I didn't understand.

14         Why did you tell them you wanted to extend your

15  visit?

16  A    I, I, I, I told him nothing.  I told him that my visa

17  going to be expired, so get extension for another three

18  months.

19  Q    Didn't he say you have to explain what you need the

20  extension for?

21  A    No, he didn't ask anything.

22  Q    You don't know what he wrote in that form?

23  A    No.

24  Q    Now, what business did you do the first three months you

25  were here?

1   A    I didn't, I didn't, I did nothing.  I'm just looking for

2   and I didn't know English.

3   Q    Okay.  So, you didn't do any work the first three months

4   you were here?

5   A    No, nothing.

6   Q    What about the second three months?

7   A    Sometime I would do some work just to meet my expenses.

8   Q    But it wasn't related to the business, the fabric

9   business, that you said you were coming to do; was it.

10  A    Because during that time I didn't know different ways how

11  to go.  I didn't know at that time.

12  Q    Okay.  And then, after the visa expired, you continued to

13  stay in the United States; isn't that right?

14  A    Yes.

15  Q    And you knew it was illegal to stay; didn't you?

16  A    Yes.

17  Q    Okay.  When did you start working?

18  A    I didn't have papers with me.  I would do different jobs.

19  Sometimes a gas station.  And sometimes I do different, other

20  jobs.

21  Q    But it's your testimony you had a business back in

22  Uzbekistan; isn't that correct?

23  A    Yes.

24  Q    And in fact, I think you testified you had a store in

25  Pakistan; isn't that correct?

1   A    Yes, store.

2   Q    And you worked in Uzbekistan, Russia, and China; isn't

3   that correct?

4   A    I would bring goods from China and would sell it in

5   Mangora and Swat.

6   Q    Okay.  But when you came to the United States, you didn't

7   have any regular work; isn't that correct?

8   A    No, no work at that time.

9   Q    Okay.  And that's because you knew you needed employment

10  papers to work in the United States --

11           MS. WHALEN:  Withdrawn.

12  Q    You couldn't find work because you didn't have employment

13  papers in the United States; isn't that correct?

14  A    I didn't have the papers.

15  Q    All right.  From the year 2000, to 2005, when you met

16  Mr. Archer, how many attorneys did you visit to try to get

17  employment authorization?

18  A    I didn't see any, really.

19  Q    You didn't see any attorneys?

20  A    No.

21  Q    How many people did you talk to about getting employment

22  authorization?

23  A    I was, I was told that they will be some law coming in

24  future and I was looking for the -- for, for future for this.

25  Q    Okay.  So, you asked a number of your friends if they

1   knew how you could get employment authorization; isn't that

2   correct?

3   A    Everyone told me wait.  When the law would come, you will

4   get the papers.

5   Q    Okay.  And the law that you're referring to, was that the

6   CSS (LULAC) 1981 cases?

7   A    No.  I was told that Bush will give the paper to

8   everyone.

9   Q    Okay.  So, you were waiting because you thought

10  President Bush would legalize everyone; is that correct?

11  A    Yes, everyone was ready for that.

12  Q    When did you first hear that President Bush was going to

13  legalize everyone?

14  A    Everyone who tell me that.  And it will be -- there is

15  shows on television now.

16  Q    They showed it on television as well?

17  A    Yes.  They would speak on the TV also.

18  Q    Was this before or after you knew about the CSS (LULAC)

19  1981 cases?

20  A    Before.  Before.

21  Q    Okay.  So, first you heard there was going to be one

22  program from President Bush.

23        And then, you heard about the CSS (LULAC)

24  1981 cases?

25  A    Yes.

1   Q    Okay.

2           (Pause in the proceedings.)

3

4           MS. WHALEN:  Okay.  Now, Mr. Gulistan, I'm showing

5   what what's been marked as Government's Exhibit Number 9.

6   Q    Can you see it?

7           THE URDU INTERPRETER:  Counselor, we don't see

8   anything.

9           THE COURT:  Touch the screen.

10          Now, is that the document up at the top?  Do you see

11  it.

12          (The above-referred to Exhibit was published to the

13  jury.)

14          THE URDU INTERPRETER:  It is on the screen now.

15  Q    Do you see it now?

16  A    I see it.

17  Q    Mr. Gulistan, what is this document?

18  A    I don't know.

19          MS. WHALEN:  And I'm showing you what's been marked

20  Government's Exhibit 4-D.

21          (The above-referred to Exhibit was published to the

22  jury.)

23  Q    Mr. Gulistan, what's this document?

24  A    I don't know.

25          MS. WHALEN:  And I'm showing you what's been marked

1    Government's Exhibit 4 B.

2             (The above-referred to Exhibit was published to the

3    jury.)

4    Q    What's this document?

5    A    I don't know which.

6             MS. WHALEN:  I'm going to show you a portion of

7    what's been marked Government's Exhibit 4 A.

8             (The above-referred to Exhibit was published to the

9    jury.)

10   Q    Mr. Gulistan, what's this document?

11   A    I don't, I don't know how to read.  So, I don't know.

12   Q    Okay.  So, yesterday, when you were shown a number of

13   documents and you were asked to identify them, the only thing

14   you can identify is your signature; isn't that correct?

15   A    Yes.  Only signatures.

16   Q    Okay.  So, when you're identifying a document, you don't

17   know what the whole document is.

18            You're just identifying your signature; isn't that

19   correct?

20   A    Only signatures, yes.

21   Q    And so, if it doesn't have your signature on it, you

22   can't identify it; isn't that correct?

23   A    No.

24   Q    All right.  The first time you went to Mr. Archer's

25   office, you didn't meet with Rukhsana or Mr. Archer; did you?

1   A    At that time, there were four, five people working.  And

2   at that time, I didn't know who was who.

3   Q    Well, you met with a person named Sarvjit Singh; isn't

4   that correct?

5   A    I do not know the person by name, but I knew them by

6   faces.

7   Q    Are you sure you don't know him by name?

8   A    No, I don't know.  If I see the person, I can find.

9   Q    Do you know Kamljeet Kaur?

10  A    What?

11       MS. WHALEN:  Actually, let me just spell it for the

12  interpreter, I'm sorry.  It's Kamljeet -- K-A-M-L-J-E-E-T,

13  last name Kaur -- K-A-U-R.

14       I'm sure I'm mispronouncing it.  If you could just

15  pronounce it correctly.

16  A    Not with the name.

17  Q    Don't you work with Ms. Kaur at National Wholesale

18  Liquidators?

19  A    There were many people working.  So, I don't know.

20  Q    Isn't Kamljeet Kaur Sarvjit Singh's wife?

21  A    There were many people, Pakistani, Indian people working.

22  It is four, five years gone.  I don't remember.  People would

23  go and go back.  So, I don't remember.

24  Q    Anyway, the first time you went to the Archer office, you

25  spoke with a man; isn't that correct?

Gulistan - Cross / Whalen                    280

1  A    There were four, five people working there.  So, I don't

2  know I spoke to a man or a woman.  First time visit, I don't

3  recall.

4  Q    Well, didn't you speak to a man who was Pakistani and

5  spoke Urdu?

6  A    There were people who would speak Urdu.  And when they

7  would speak Urdu, I would talk with them.

8  Q    Okay.  And isn't it true that your friends told you that

9  you could get a CSS (LULAC) case at Mr. Archer's office from

10  the Pakistani attorney?

11  A    I don't know this much.  I was told that '81 case has

12  been opened and go and get the information from there.

13  Q    But weren't you given the information before you went?

14  A    People were talking about.  People were talking about the

15  store and everywhere the people was talking about that.

16  Q    Everyone was talking about the program; isn't that right?

17  A    Yes.

18  Q    Everyone said you had to say you came in 1981 and you

19  stayed until 1987 or 1988; isn't that correct?

20  A    No.  No one said, no one said like that.  I was told, go

21  to attorney and consult him.

22  Q    Well, when you went to Mr. Archer's office, you met with

23  a man attorney who spoke Urdu the first time you were there;

24  isn't that correct?

25  A    I didn't know any attorney at that time.  There were -- I

1   notice there were four, five people that were working there.

2   Q    And you spoke to one of them who was a man; isn't that

3   right?

4   A    I spoke many people.  I spoke to men as well as women.

5   Q    Well, the first time, when you spoke to this man, he took

6   you into a separate office; isn't that correct?

7   A    I don't know that.

8   Q    You don't remember it?

9   A    No, I don't recall.

10  Q    Could it have happened?  Could you have met with this man

11  in a separate room?

12           MS. DAYANANDA:  Objection, Your Honor.

13           THE COURT:  What was that?

14           MS. DAYANANDA:  Objection.

15  A    Maybe.  May not.  I don't recall.

16           THE COURT:  Well, just a second.

17           What's the objection?

18           MS. DAYANANDA:  She's asking him to speculate on

19  what could have happened.  It's based upon his recollection.

20           THE COURT:  He's already answered it anyway.

21  Q    So, you don't remember the first time you went to

22  Mr. Archer's office.

23  A    I didn't know who was attorney at that time.

24  Q    Okay.  But you met with someone; isn't that correct?

25  A    There would be many people coming and going.  Customers

1   would sit over there.  There were other people sitting over

2   there.  So, I don't know this much.

3   Q    You spoke to someone and you gave them your information;

4   isn't that correct?

5   A    Yes, I gave them the information and I told him that I

6   want to do this case.

7   Q    And that person took notes; isn't that correct?

8   A    He, he did nothing -- he did nothing.  He spoke about

9   passport and pictures.  And there were many customers were

10  going and coming in.

11  Q    Okay.  The second time you came, you spoke with a man;

12  isn't that correct?

13  A    There were four, five people working over there.  I

14  didn't pay so much attention.

15  Q    Well, at that time you gave the person information; isn't

16  that correct?

17  A    Yes.

18  Q    And the person took notes; isn't that correct?

19  A    I don't, I don't know that.

20  Q    You saw the person take notes; isn't that correct?

21  A    I don't know.  That, I don't know.

22  Q    So, the third time you came back to the office, you met

23  with a man; isn't that correct?

24  A    I would see different -- I would see these people over

25  there.  They would take my passport, and talk with me, and

1    tell me, your case will be done or not.

2    Q    Okay.  Well, every time you went -- Mr. Archer's office

3    was in two locations; isn't that correct?

4    A    I don't know.  I went there on Jackson Heights office.

5    And then, it was shifted to Hillside.

6    Q    Right.  That's what I meant.

7         First it was in Jackson Heights and then it went to

8    Hillside; isn't that correct?

9    A    Hillside, yes.

10   Q    At Jackson Heights, Rukhsana was just the secretary;

11   isn't that correct?

12   A    That, I didn't know who was attorney; if she was attorney

13   or he was attorney.  They were working there.

14   Q    When you went to the Jackson Heights office, you only met

15   with men; isn't that correct?

16   A    Men, men -- men, women and ladies.  And I don't know who

17   I met over there.  Long time passed.

18   Q    Okay.  When the office moved to Hillside, that was when

19   Rukhsana became the interpreter; isn't that correct?

20   A    I think interpretation was done there.  Paper was

21   submitted there.  And then, the office was shifted to

22   Hillside.

23   Q    I agree with you.

24        The papers were sent from the Jackson Heights

25   office; isn't that correct?

Gulistan - Cross / Whalen                284

1  A    Yes.   There.

2  Q    Okay.   But Rukhsana didn't become the interpreter until

3  the office moved to Hillside; isn't that correct?

4            MS. DAYANANDA:  Objection.

5            THE COURT:  I'll allow it.

6  A    In Jackson -- yes, in Jackson, I don't know.  I signed

7  the papers there.

8  Q    Okay.  Are you saying you don't remember who was the

9  interpreter at Jackson Heights Jackson Heights?

10 A    Rukhsana and other people filled out my paper that was

11 sitting in front of me.  And I only signed.

12 Q    But Rukhsana didn't ask you the questions for the paper.

13 She was just the secretary; isn't that correct?

14 A    She asked me the questions.  How many kids you have.  She

15 asked me my father's name and my mother's name.

16 Q    Okay.  Did she ask you other questions?

17 A    I don't know, I don't think so that she asked other

18 questions.

19 Q    Do you remember if she asked you other questions or do

20 you not remember?

21 A    No, I don't recall.

22            (Pause in the proceedings.)

23

24 Q    You said yesterday that -- you said yesterday that you

25 had two affidavits for your application; isn't that correct?

Gulistan - Cross / Whalen                    285

1  A    Yes.  Two American citizens, they provided guarantee for
2  me.
3  Q    Okay.  So Mozafaa Zahabia is an American citizen?
4  A    Yes, I brought from two people.
5  Q    And Zoranie Tillack is a U.S. citizen?
6  A    Yes.
7  Q    How long had you known them before you asked them to
8  sign?
9  A    I didn't, I did not know them so much.  I was -- I knew
10 them for four or five years.
11 Q    So, you knew them since you had come to the United States
12 in 2000; is that correct?
13 A    Yes.
14 Q    And where did you meet them?
15 A    He has a garment shop over there.  I would work with him.
16 And Zoranie would also work over there.
17 Q    Okay.  So, you, met them through work?
18 A    Through work and just -- to work and just on the days
19 off.
20 Q    Okay.  Did you socialize?  Did you have dinner together?
21 Did you meet their families?
22 A    No, not like that.
23 Q    So, just work?
24 A    Only work and hello, hi.
25 Q    Okay.  Now, do they speak and -- or do they read and