Gulistan - Cross / Whalen                286

1   write in English?

2   A      Those?

3   Q      Zoranie and Tillack, yeah.

4   A      I didn't ask them they would be able to read.  I don't

5   know.

6   Q      You didn't ask them if they could read?

7   A      No, I didn't ask them.

8   Q      Did anyone who -- did anyone who reads English read those

9   documents to them?

10  A      That, I don't know.

11  Q      You testified yesterday that you didn't know what those

12  documents said.

13          Is that your testimony?

14  A      They told me, bring guarantee from two people.  They help

15  me and I, I wasn't understanding that my case would be done.

16  I, I did what attorney told me.  The attorney told me to

17  bring.  And that, from my understanding, that my work would be

18  done.

19  Q      But I'm just asking you a question.

20          You testified that you didn't know what the

21  affidavits said; isn't that correct?

22  A      No, I didn't know.

23  Q      And you didn't know if Mr. Zahabia or Mr. Tillack knew

24  what they said?

25  A      That, I don't know whether they did or not.

Gulistan - Cross / Whalen                          287

1    Q    You just asked them to sign the documents?

2    A    I told them, please help me, my case will be done.

3    Q    You asked them to sign the documents; isn't that correct?

4    A    Yes, I told them sign it.

5    Q    And you didn't tell them what the documents said?

6    A    No, I did not.

7    Q    Did you tell them that the documents were going to the

8    Government?

9    A    Yes.  I told them that I would do this '81 case.

10   Q    Did they know what 81 cases were?

11   A    That, I don't know.  That, I don't know.

12   Q    So --

13   A    I told them, I did this case, please help me.

14   Q    All right.  But it's your testimony that you don't know

15   what the documents said.

16   A    No, I didn't know.

17   Q    Now, the application was sent in, in June -- your

18   application for legal admission was sent to the government in

19   June of 2005; isn't that correct?

20   A    I think those people, those people have sent -- I think

21   the same one.

22   Q    Okay.  So, you think -- well.

23        At some point, you got notice that you were

24   scheduled for an interview; is that correct?

25   A    Yes.

Gulistan - Cross / Whalen                288

1   Q    And the interview was first supposed to be in February

2   of 2006; isn't that correct?

3   A    Yes.

4   Q    And Mr. Archer told you he couldn't come that day; isn't

5   that correct?

6   A    Yes.  I give them the paper and I told them I cannot go.

7   Q    You -- oh, you told them you cannot go?

8   A    Yes, I told them.

9   Q    Okay.  So, they got you a second interview; isn't that

10  correct?

11  A    Yes.  For -- I received the papers for the second

12  interview at my residence.

13  Q    Okay.  And that was -- that second interview was

14  scheduled for October 2006; isn't that correct?

15  A    Like this, yes.

16  Q    Okay.  And went to the interview alone; isn't that

17  correct?

18  A    By myself, yes.

19  Q    Did you bring an interpreter for the interview?

20  A    No.  I did not.

21  Q    Did they have an inter -- where did you go for the

22  interview?

23  A    The plaza.

24  Q    26 Federal Plaza?

25  A    I think.  It's that big one.

1  Q    And that's an immigration building?

2  A    Yes, immigration.

3  Q    Did they have an interpreter for you there or no?

4  A    No.

5  Q    But you went through with the interview; is that correct?

6  A    I was living there and I told the Judge that I do not

7  know English.

8       And he told me:  Speak, I will be able to

9  understand.

10  Q    Okay.  The Judge also -- was it a Judge or just an

11  interviewer?

12  A    The person took me in the room and he did everything.

13  Q    Okay.  Did the person ask you to take an oath to tell the

14  truth before he asked you questions?

15  A    Yes.

16  Q    Okay.  And you agreed to tell the truth; isn't that

17  right?

18  A    Yes.

19  Q    Okay.  And the interviewer asked you when you traveled

20  outside of the United States; isn't that correct?

21  A    In 2006.

22  Q    Well, that's not what you said at the interview; is it?

23  A    If he had asked, I would have told him that I went in

24  2006.  But I don't recall now.

25  Q    Isn't is true that the interviewer asked you when you

1  traveled and you said you left the United States in 1984 to

2  get married in Pakistan?

3  A    No, I did not say that.

4  Q    You're saying you never said that?

5  A    No, never.

6  Q    Isn't it true that you also told the agent, the officer,

7  that you came back to the United States in 1985?

8  A    I think he even didn't ask this question there.  I showed

9  him things about my children.

10        He was asking me what is this, what is this, and he

11 didn't ask me this question.  And I didn't know English.  I

12 didn't know anything.

13 Q    Well, isn't it true that he also asked you where you

14 lived in the United States from January 1982 to May 1988?

15 A    He didn't ask anything like that.

16 Q    You're saying he never asked you to those questions.  Or

17 she never asked you those questions.

18 A    At that time, I didn't know English at all.  If he would

19 have asked me, I would have spoken the truth.

20 Q    Do you, do you remember if the interviewer was a man or a

21 woman?

22 A    Lady.

23 Q    Okay.  And it's your testimony that she didn't ask you

24 when you left the United States, she didn't ask you when you

25 came back to the United States, and she didn't ask you where

Gulistan - Cross / Whalen                     291

1  you lived in the United States from 1982 to 1988.

2  A    I didn't -- she didn't ask these questions.  If she had

3  asked me questions, I would have told her the truth.

4  Q    You're saying that if she had asked you those questions,

5  you would have told her the truth?

6  A    Yes, I will speak the truth.  I will speak the truth.

7  Q    Now, when -- you met Agent Silverman from Immigration,

8  seven months after you had this interview; is that correct?

9  A    The person who came at my home?

10  Q    The person who came to your home.

11  A    Yes.

12  Q    Okay.  And what time did he come to your home?

13  A    Morning.  7:00 o'clock.  6:00 or 7:00 o'clock.

14  Q    So, it was very early; is that right?

15  A    I was sleeping at that time.

16  Q    Okay.  So, he woke you up?

17  A    Yes.

18  Q    Okay.  And he didn't call for an appointment; did he?

19  A    No.

20  Q    All right.  Now, when he showed up, he told you he was

21  investigating your attorney; isn't that correct?

22  A    Yes.

23  Q    And he told you that he thought your attorney had

24  committed fraud; isn't that correct?

25  A    I don't know.

1          He asked me:  Your attorney is Archer?

2          I said:  Yes.

3          And then he asked me:  Your name is Gulistan?

4          I said:  Yes.

5     Q    All right.  And then, he said he wanted to investigate

6     Archer; is that correct?

7     A    They do these things, I don't know what they are.

8     Q    Were you afraid that they -- were you afraid when he

9     showed up that morning and said he was from Immigration that

10    he was going to arrest you?

11    A    Yes.  I was upset.

12    Q    Okay.  But he told you, you didn't have to be afraid;

13    didn't he?

14    A    That, he told me or he didn't tell me, but I was upset

15    what this problem is.

16    Q    Okay.  But he told you he wasn't investigating you, and

17    he wasn't arresting you.

18         He was investigating Archer; is that correct?

19    A    I don't know.  Perhaps he would have told me like that.

20    It's long time passed.

21    Q    Okay.  So, you just don't remember.

22    A    He, he talked to me and I don't remember.  But I was

23    upset.

24    Q    Okay.  He asked you to help him investigate Mr. Archer;

25    isn't that correct?

Gulistan - Cross / Whalen          293

1   A    Yes.

2   Q    And he asked you questions about what Mr. Archer had

3   done; isn't that correct?

4   A    That, I don't know.

5   Q    You don't remember him talking and asking you what you

6   told Mr. Archer on the application?

7   A    I don't know.

8   Q    That first day, you didn't tell him anything about

9   Rukhsana; isn't that correct?

10  A    I don't know.  I don't know whether I told them there

11  were two people sitting over there.  So, I don't know.

12  Q    When Mr. Silverman spoke to you the first time, did he

13  tell you if you helped him, you could stay in the

14  United States?

15  A    I, he didn't tell me anything like that.  He saw, he

16  showed me the papers and I showed -- and I told him:  This is

17  right, this is wrong, this is correct, this is incorrect.

18  Q    Okay.

19  A    They read it for me, that they read it for me, you came

20  in '81 or not.  I spoke, I spoke the truth.

21  Q    Okay.  Now, Mr. Silverman -- Agent Silverman asked you to

22  make -- to tape record a conversation with Mr. Archer; isn't

23  that correct?

24  A    Yes.

25  Q    And he asked you that same day to make this recording?

Gulistan - Cross / Whalen                    294

1   A    I think, yes, he said the same day.  It happened in two

2   days.  I don't remember exactly he said the same day or the

3   other day.

4   Q    Okay.  But did he -- he told you what he wanted you to

5   ask Mr. Archer; isn't that correct?

6   A    He told me the things which are wrong in your papers,

7   incorrect things, you will tell -- you will ask them.  I said

8   yes, I will ask them.

9   Q    Okay.  Did you practice at all?

10  A    No, I did not.  You cannot forget the truth.

11  Q    I'm just asking if you practiced with Agent Silverman.

12  A    No practice.  I speak the truth, whatever it was.

13  Q    Now, when you went to the office, the first time, you

14  learned Mr. Archer wasn't there; is that correct?

15  A    No.

16              (Pause in the proceedings.)

17

18  Q    I'm sorry, when you went to the office, Mr. Archer wasn't

19  there; correct?

20  A    I didn't see him.

21  Q    You didn't see him at the office?

22  A    First time, I didn't see him there.

23  Q    Okay.  So, the first day -- you remember the recordings

24  from yesterday?

25  A    Yes.

Gulistan - Cross / Whalen                    295

1  Q    Okay.  And yesterday wasn't the first time you heard

2  those recordings; right?

3  A    Yes.

4  Q    Yesterday was the first time you heard those recordings?

5  A    I heard yesterday.

6  Q    Okay.  But before yesterday, did they play -- did the

7  Government play the recordings for you?

8  A    Yes.

9         MS. WHALEN:  Okay.  So, what time going to do is,

10 I'm just going to have portions of the transcript read to you

11 by the interpreter.

12        I'm not going to play the recording again unless you

13 can't remember.

14 Q    Okay?

15 A    (No response.)

16 Q    Is that all right?

17 A    Okay.

18        (Pause in the proceedings.)

19

20        MS. WHALEN:  Okay.  So, I'm going to ask the

21 interpreter to read you part of page 3 of the first recording.

22        (The above-referred to Exhibit was published to the

23 jury.)

24        MS. WHALEN:  And if you could read the portion where

25 Gulistan says:  "I forgot your name, what is it."

```
                    Gulistan - Cross / Whalen          296
```

1          And she answers:  "Rukhsana."

2          THE URDU INTERPRETER:  Yes.

3    A    Yes.

4    Q    Okay.  And didn't remember her name when you first showed

5    up at the office; is that correct?

6    A    I, I remembered the name, but I had forgotten.

7    Q    Okay.  But when she told you the name, then you

8    remembered it; is that correct?

9    A    Yes, I, I -- I actually knew her name, but I forgot at

10   that time.

11   Q    Okay.  When you went to the office for this first

12   conversation, did you bring your application with you?

13   A    When I went to the office, yes.

14   Q    Okay.  The first time you went to the office, you had

15   your application in your hand?

16   A    I can't recollect whether it was with me at that time or

17   not.  I don't know.

18   Q    So, you don't know -- you didn't bring the application.

19          Or you can't remember if you brought the

20   application; correct?

21   A    That, I don't recall.  Four, five years, three, four

22   years, have passed, something happened like this, but I don't

23   recall.

24   Q    Okay.  Did you -- did Rukhsana get the application from

25   the files?

Gulistan - Cross / Whalen                    297

1   A    At what time?

2   Q    At that -- during that first conversation.

3   A    I don't know whether she took out the application or not.

4   We just, we just spoke.

5   Q    Okay.  So, when you were talking, you don't know if

6   either of you had the application; is that correct?

7   A    That, I don't know.  I told her about my problem that

8   was.

9            MS. WHALEN:  All right.  Now, I'm showing you page 4

10  of that conversation.

11           (The above-referred to Exhibit was published to the

12  jury.)

13           MS. WHALEN:  And if you could just read the line

14  that Gulistan said:  "He tells me the case you have filed it

15  wrong."

16           THE COURT:  Just a second.

17           You're asking him to read?

18           MS. WHALEN:  I'm asking the interpreter to translate

19  it rather that playing the recording again.

20           THE COURT:  Okay.

21           THE URDU INTERPRETER:  Counselor, to what question

22  you are referring?

23           MS. WHALEN:  It's this one at the top:  "He tells

24  me".

25           THE URDU INTERPRETER:  The one at the top.

Gulistan - Cross / Whalen                    298

1          (Complies.)

2          MS. WHALEN:  Yes, if you could just translate that,

3    please.

4          THE WITNESS:  Yes.

5    Q    And you testified yesterday that when you said the case

6    was wrong, you meant because of the periods of travel from '86

7    to '89; is that correct?

8    A    Yeah, that was wrong.

9    Q    Okay.  But you didn't talk about those periods to

10   Rukhsana.  You just said:  "The case you filed is wrong."

11         Is that correct?

12   A    Yes.

13   Q    And you also testified yesterday that this was the first

14   time, when Agent Silverman had told you, it was the first time

15   that you had learned about those travels in the application;

16   is that correct?

17   A    Yes.

18   Q    And it's your testimony, this was the first time you

19   talked to Rukhsana about those travels; is that correct?

20   A    When I went to the Judge, he asked me the questions and

21   there -- I had a little knowledge about those traveling.  But

22   when the agents -- but when the agent then told me, then I

23   knew completely about my travel.

24   Q    Isn't it true that when you went to the interview and you

25   saw the Judge, you told the Judge you left the United States

1  in 1984 to get married.

2  A    No.  I didn't say like that.

3  Q    And you didn't tell that Judge that you came back in

4  1985.

5  A    No, I didn't know these things.

6  Q    But he -- but your testimony now is that the Judge told

7  you about these other travels.

8  A    I didn't know so much.  I didn't know so much, because I

9  didn't know English.

10  Q    Well, didn't you ask the Judge and say 'what travels, I

11  never traveled'?

12  A    That, I don't know.  I just give the papers to him about

13  my kids and he told me, go.

14        MS. WHALEN:  Looking further down on the page.

15  Could you, Mr. Interpreter -- I'm sorry I've forgotten your

16  name.

17        Could you read this line:  "I only went once with

18  the visa, but here it is mentioned I went seven times.  This

19  is wrong."

20        (Complies.)

21        THE WITNESS:  Yes, I went only once and that was

22  wrong.

23  Q    And when you testified yesterday that you went only once,

24  you meant in 2006; isn't that correct?

25  A    Yeah, in 2006.

Gulistan - Cross / Whalen                    300

1   Q    But you didn't say that to Rukhsana.  You didn't say you

2   went in 2006 in this conversation.

3   A    I told him that I went only went once.  For that I will

4   prove.  How will I be able to prove the other trips?

5   Q    Okay.  But you didn't tell her here that you had the

6   proof; isn't that correct?

7   A    For one trip?

8   Q    I'm sorry.  I just am talking about the conversation that

9   you had that we listened to yesterday.

10        And the interpreter just read you the line:  "I only

11   went once with the visa, but here it's mentioned I went seven

12   times.  This is wrong."

13   A    Yes, seven times was wrong.  One time was correct.

14   Q    Okay.  And yesterday the prosecutor said:  "What did you

15   mean when you said you went once?  With the visa."

16   A    Not with the visa.  With the permission.

17   Q    Okay.  So, you were talking about a trip you took after

18   the application was filed; isn't that correct?

19   A    Yes.  Then I got work permit and I went on permission.

20   Q    Okay.  But when you were talking to Rukhsana, you didn't

21   talk to her about a trip you took after the application was

22   filed.

23        You didn't mention any dates at all in this

24   conversation?

25   A    No, I didn't tell her the dates, but I did go.

```
                      Gulistan - Cross / Whalen          301

 1            MS. WHALEN:  And then, I'm looking at page 8 of that

 2   conversation.

 3            (The above-referred to Exhibit was published to the

 4   jury.)

 5            MS. WHALEN:  And I just would like you to read the

 6   lines:

 7            "Were you living here in 1981?"

 8            "Huh?"

 9            "Were you living here in 1981?"

10            And you said:  "Yes."

11            THE WITNESS:  I stayed before.  I stayed before '81.

12   Q    Okay.  But in this conversation, she asked if you were

13   living here in 1981.

14            Is that correct?

15   A    I lived here before '81.

16   Q    Mr. Gulistan, I'm not asking you when you lived here.

17   I'm asking you what you said in the conversation.

18            I can play the tape again.

19   A    I said in the tape, but that was my mistake.  But I lived

20   there before '81.

21   Q    Okay.  But to Rukhsana, she asked you:  "Were you living

22   here in 1981?"

23            And you said:  "Yes."

24   A    That was mistake done by me, but I lived here.

25   Q    Right.  But Rukhsana didn't know what you meant.  She
```

Gulistan - Cross / Whalen                    302

1  just knows what you heard --

2          MS. DAYANANDA:  Objection.

3          THE COURT:  No.

4  Q    -- said.

5  A    Yes.

6          MS. WHALEN:  And then, from page 10 of the tape

7  yesterday.

8          (The above-referred to Exhibit was published to the

9  jury.)

10         MS. WHALEN:  And Rukhsana said:  "Then listen to me.

11  Did you stay in this country for eight or nine years, from

12  1981 to '90?  Did you stay in America for that period?"

13         THE WITNESS:  No.

14  Q    You said:  "No."

15         Isn't that right?

16  A    Yes.

17  Q    And then she asked:  "Then why did you file this case?"

18  A    This, these people did -- why should I know?

19  Q    That's, in fact, what you said:  "You people did this

20  case.  What do I know?  If I could read, then I would not have

21  asked you.  If I were educated and I could understand these

22  things, I would not have asked you."

23  A    Yes.

24         MS. WHALEN:  And then, looking at page 11.  And

25  Rukhsana said:  "Gulistan, didn't we write these dates with

1    your after asking you?  Didn't we tell you?"

2           And you said:  "What did you tell me?  You told me

3    'you have seven children.  They will come to America.'  Had I

4    known this, I would not have written any, I would not have

5    mentioned my children.  No, nothing."

6    Q    So, you told them about the trips for your children.  And

7    they wrote those trips on the application; didn't they?

8    A    I told them about my children that if they, my children

9    would be able to come here in some good time.  So, I don't

10   know what they wrote there.

11   Q    Mr. Gulistan, when you were making this tape, you knew

12   that the agents were either listening right then or were going

13   to listen to the tape; isn't that correct?

14   A    At that time, I didn't have of this knowledge.

15   Q    You didn't know that you were wearing a recording device?

16   A    That, I -- that, I had the recording, I know that.  But I

17   didn't know whether they will listen to it or later on.

18   Q    But you knew at some point they were going listen to it.

19   A    I don't know.  At that time, I didn't pay attention with

20   this.

21   Q    Mr. Gulistan, they wanted you to record the conversation

22   because they wanted to listen to it; isn't that correct?

23   A    That, at that time, I had no knowledge of that.  I didn't

24   understand these things.

25   Q    Mr. Gulistan, you were saying things in this conversation

Gulistan - Cross / Whalen                    304

1   because you knew the agents were going to hear them; isn't

2   that correct?

3   A    They would listen to it, but I didn't know whether they

4   will listen to it or not.

5   Q    Well, when Rukhsana asked you why you filed the case, you

6   got scared because you knew the agents were going to hear

7   that; isn't that correct?

8          THE URDU INTERPRETER:  Repeat the question.

9          MS. WHALEN:  On page 10.

10         (The above-referred to Exhibit was published to the

11   jury.)

12         MS. WHALEN:  Rukhsana asked you, Rukhsana said:

13   "Then listen to me, did you stay in this country for eight or

14   nine years, from 1981 to '90?  Did you stay in America for

15   that period?"

16         And you said:  "No."

17         THE WITNESS:  No.

18         MS. WHALEN:  Then she said:  "Then why did you file

19   this case?"

20   Q    And you know the agents are listening; isn't that

21   correct?

22   A    I told her, you did wrong and I'm an uneducated person.

23   Q    But you said that because you were afraid that the agents

24   would learn that you actually said you were here from 1981 to

25   '90.

Gulistan - Cross / Whalen                    305

1  A    I spoke the truth.  I was not upset.

2         MS. WHALEN:  I'm going to page 14.

3         (The above-referred to Exhibit was published to the

4  jury.)

5  Q    And yesterday you heard the part of the conversation

6  where Rukhsana said:  "You leave your application with me or

7  put it under lock and key."

8  A    Yes.

9  Q    But earlier in the conversation, Rukhsana had asked you

10 to bring your friend to the office so that she could explain

11 to him.

12 A    Yes, you don't understand.

13 Q    And she said, she asked you several times to bring your

14 friend to the office so she could explain; isn't that right?

15 A    Yes.

16 Q    Because she didn't understand why you thought your

17 application was wrong; isn't that correct?

18 A    That was wrong.

19 Q    But she didn't know about it and that's why she wanted to

20 talk to your friend; isn't that correct?

21 A    That, I don't -- I have no knowledge for that.

22         (Pause in the proceedings.)

23

24         MS. WHALEN:  And I'm going to page 16 of the first

25 conversation.

1          (The above-referred to Exhibit was published to the

2     jury.)

3          MS. WHALEN:  And I'm just going read the first few

4     lines from Rukhsana.

5          You remember Rukhsana telling you:  "If you do a

6     good job here, then you will have most of your problem with

7     the people closest to you.  So, don't worry, you can go to see

8     your kids.  I'm telling you that you can go to meet them after

9     six months without any hassle."

10         THE WITNESS:  Yes, according to new -- according to

11    new law.

12    Q    Okay.  And that's what I wanted to confirm.

13         The two of you were talking about the new law that

14    everyone expected; right?

15    A    Yes.  Same.

16    Q    Okay.  And sadly, that law never was enacted.  It never

17    came about?

18    A    No, it didn't come.

19    Q    So, you couldn't make an application; isn't that correct?

20         THE URDU INTERPRETER:  Please, repeat?

21    Q    You couldn't make an application for the new law?

22    A    No, because the new law didn't come.

23    Q    Okay.  Now, after you made this tape recording, you met

24    with Agent Silverman; isn't that correct?

25    A    Yes.

1  Q     And you gave him the tape recorder; right?

2  A     Yes.

3  Q     And then, he came back to you a few days later and asked

4  you to make another tape recording; isn't that correct?

5  A     Yes.

6  Q     And at that point, did he say that you had deferred

7  status to stay in the United States?

8              THE URDU INTERPRETER:  Again, this is the

9  interpreter.  Repeat the question.

10             MS. WHALEN:  Sure.  I'm sorry, let me rephrase it.

11  Q    When Agent Silverman asked you to make the second tape,

12  did he also tell you, you could now stay in the United States

13  without being deported?

14  A     He didn't, I don't remember he telling me like this.  He,

15  he didn't -- I don't understand about reporting or what.  He

16  told me, you did this thing wrong.  Do it correct.  Prove it

17  right.

18  Q     He told you the first recording was wrong?

19  A     No.  He didn't say like that the first recording was

20  wrong.

21             And he told me, I took an apartment for you from

22  Archer.  Speak to him.

23  Q     Okay.  So, he wanted you to go back and talk to Archer;

24  is that correct?

25  A     Yes.

Gulistan - Cross / Alomar                    308

1    Q    Okay.  And again, in the second conversation, you mention

2    your friend; isn't that right?

3    A    Yes.

4    Q    And again, in the second conversation, Rukhsana tells you

5    to bring your friend to the office; isn't that right?

6    A    Yes.

7            MS. WHALEN:  No further questions.

8            THE COURT:  Cross?

9            (Pause in the proceedings.)

10

11   CROSS-EXAMINATION

12   BY MS. ALOMAR:

13   Q    Good morning, Mr. Gulistan.

14   A    Good morning.

15   Q    Mr. Gulistan, you had testified earlier that you had a

16   business in Pakistan with fabrics; is that correct?

17   A    Yes.

18   Q    And that's a business that you required a lot of travel;

19   isn't that correct?

20   A    Yes.

21   Q    And as a result of your business, you constantly traveled

22   to both Pakistan, China, Uzbekistan and Russia; correct?

23   A    Yes.

24   Q    And it would require you to order fabrics from these

25   countries so that you could sell it in your store in Pakistan?

Gulistan - Cross / Alomar    309

1  A    I take the garment from Pakistan, sell there.

2         And I would also bring garment from there and sell

3  it in Pakistan.

4  Q    All right.  Now, when you were living in Uzbekistan, you

5  applied for a visa to enter the United States.

6         Do you recall testifying to that?

7  A    How?

8  Q    Do you recall testifying earlier that while you were

9  living in Uzbekistan, you applied for a visa to come to the

10 United States?

11 A    Yes, I did apply to that.

12 Q    Okay.  And when you applied for your visa, you told the

13 U.S. consulate that you wanted to do business here in the

14 United States; isn't that correct?

15 A    Yes, I want to do business.

16 Q    And in fact, in order to get your visa, you had to show

17 the U.S. consulate your documentation that you did, in fact,

18 have a business in Uzbekistan.

19 A    Yes.

20 Q    And in addition to showing the U.S. consulate that -- the

21 papers that you had a business in Uzbekistan, you had to show

22 him the financials to show that you, your business, that you

23 were able -- that you had a business that was in good

24 standing; isn't that correct?

25 A    There, I didn't have to show all these things.  I had a

Gulistan - Cross / Alomar                    310

1  running business there and I had papers for that.  So, only

2  those papers I had to show over there.

3  Q    Thank you.

4          Isn't it a fact you also had to show the U.S.

5  consulate that you had the ability to support yourself during

6  your stay in the United States?

7  A    Yes.

8  Q    Okay.  And in fact, you showed your consulate -- the U.S.

9  consulate, documentation as to business contacts you had here

10  in the United States.

11  A    Yes.  In business it includes lot of things like tourist.

12  I would bring the tourists.  And it, it, in, it -- in

13  business, lot of things include.

14  Q    Okay.  And in fact, you had some people here in the

15  United States that you bought fabric from, and you sold fabric

16  to, isn't that a fact?

17  A    Not at that time.

18  Q    But when you came to the United States, you then made

19  these contacts; isn't that correct?

20  A    No, I did not.

21  Q    Okay.  Now, after you were here in the United States for

22  three months, you wanted to extend your visa.

23          Do you recall testifying to that?

24  A    Yes.

25  Q    And you had to pay someone to assist you in extending

Gulistan - Cross / Alomar                    311

```
 1   your visa; isn't that correct?
 2         THE URDU INTERPRETER:  This is the interpreter.
 3         Can you repeat the question?
 4   Q    And isn't it correct that you had to pay somebody to
 5   assist you in extending the visa?
 6   A    No, I had to pay the fee.
 7   Q    Okay.  And in addition to paying the fee, isn't it a fact
 8   that you had to show proof that you were going to leave the
 9   country?
10   A    After three months?
11   Q    Correct.
12   A    No, I got it extended.  And then, I didn't go.
13   Q    So, are you testifying today that when you made your
14   application to extend your work visa -- your visa to do
15   business in the U.S., your B-1/B-2 visa -- that you never
16   provided the Government with a ticket showing your intended
17   departure date?
18   A    No, I didn't have any.  I had a ticket, but I didn't show
19   to them.
20   Q    Or --
21         MS. ALOMAR:  Withdrawn.
22   Q    Mr. Gulistan, isn't a fact that you really don't know
23   what the --
24         MS. ALOMAR:  Withdrawn.
25         (Pause in the proceedings.)
```

Gulistan - Cross / Alomar                    312

1

2  Q    Mr. Gulistan, when you entered the country on your

3  B-1/B-2 visa, isn't it a fact that you never had the intention

4  of leaving the country?

5           THE URDU INTERPRETER:  This is the interpreter

6  again.

7           The interpreter asks you to repeat the question.

8  Q    When you entered on your B-1/B-2 visa, isn't it a fact

9  that you had no -- that you had the intention of never leaving

10 the United States?

11 A    Not that.  No.  At that time, I have not decided.  I

12 decided later on.

13 Q    So, you decided when you were doing your extension.

14          At that point, you decided that you had no intention

15 of heaving the United States.

16 A    No, not at that time.

17 Q    Okay.  Now, you recall going to an interview at

18 26 Federal Plaza; isn't that correct?

19 A    Yes.

20 Q    Okay.  And you recall that you met with a Immigration

21 officer; isn't that correct?

22 A    Yes.

23 Q    And you recall that that Immigration officer asked you

24 many questions; isn't that correct?

25 A    He asked me questions, but I told him I do not

Gulistan - Cross / Alomar                    313

1    understand.  And he said:  You speak.

2    Q    But you just testified a moment ago that it was a female

3    officer.

4    A    Yes.

5              (Pause in the proceedings.)

6

7    Q    Now, when you were at your meeting, the Immigration

8    officer asked you what month you entered the U.S.

9              And you told her:  March 1981.

10             Isn't that a fact?

11   A    No, I told -- I didn't understand at that time.  I told

12   her before that.

13   Q    So, you're telling me that the notations that are

14   included in Government's Exhibit 2, by the Immigration

15   officer, are wrong?

16             MS. DAYANANDA:  Objection.  Objection, Your Honor.

17   A    What should I know?

18             THE COURT:  I'm going to sustain that.

19   Q    Mr. Gulistan, do you recall being asked by the

20   Immigration officer, and you stated under oath:  When she

21   asked you if you had traveled outside the United States, and

22   when you traveled, do you recall telling her that you departed

23   in 1984 to get married?

24   A    I didn't -- at that time, especially, I did not

25   understand these things.