# EXHIBIT A

Rahul Gupte                                    August 11, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------

UNITED STATES OF AMERICA,

       Plaintiff,

  -vs-

THOMAS ARCHER and RUKHSANA RAFIQUE,

also known as "Rukhsana Rukhsana,"

       Defendants.

-------------------------------------


       DEPOSITION OF RAHUL GUPTE, the

witness herein, taken at the offices of the

United States Attorney, Eastern District of

New York, 271 Cadman Plaza East, Brooklyn, New

York, on August 11, 2009, at 10:00 a.m.,

before Robert Bloom, a Shorthand Reporter and

notary public, within and for the State of New

York.

Rahul Gupte                                    August 11, 2009

1                    R. Gupte

2       Q.  But is it right to say that it was

3   sort of a futile process at that point because

4   you had lost your status?

5       A.  I had lost my status, yes.

6       Q.  After 2004, did you try to do

7   anything else to get a green card?

8       A.  After 2004, yes, I did try something

9   else to get a green card, yes.

10      Q.  What did you do?

11      A.  Well, I made an application for the

12  -- I687 for the LULAC.

13      Q.  How did you do that?

14      A.  I approached Mr. Archer's office.

15      Q.  How did you come to hear about Mr.

16  Archer?

17      A.  Well, I got to hear about him when I

18  was traveling on a train going back to --

19  going back home.  I had a couple of guys

20  sitting behind me, they were talking about how

21  they were going to get a green --

22          MS. ALOMAR:  Objection as to what the

23      individuals were saying.  It's hearsay.

24      Q.  Please go ahead and continue

25  answering.

Rahul Gupte                                    August 11, 2009

1                          R. Gupte

2         A.  Yes, so I overheard them talking

3    about how they would soon be getting their

4    green card, their work authorization and

5    associated green numbers so they could work

6    legally, and I asked them if they could give

7    me the number of the attorney.   And that is

8    when one of the gentlemen, he gave me the

9    number.

10        Q.  What is that attorney's name?

11        A.  Mr. Thomas Archer.

12        Q.  You said a train.

13            What this the subway?

14        A.  The subway, yes.

15        Q.  The people who you spoke to on the

16   subway, did they tell you anything about what

17   the requirements were for getting a green

18   card?

19        A.  No.

20        Q.  When was it that you had this

21   conversation on the subway?

22        A.  I don't exactly remember when, but it

23   was in '95, I would say the month of October.

24        Q.  When did you say?

25        A.  The month of October.

Rahul Gupte                                        August 11, 2009

1                          R. Gupte

2        Q.   In what year?

3        A.   I'm sorry, 2005.

4        Q.   What did you do next?

5        A.   Well, then after a few days, I don't

6   know exactly how many days later, but I did

7   make a call at Mr. Archer's office and I was

8   asked to come in in person.

9        Q.   Do you know who you spoke to when you

10  made that call?

11       A.   I don't know who I spoke to, I spoke

12  to a lady, I don't know who I spoke to there.

13       Q.   Did you, in fact, go to the office?

14       A.   I did go to the office, yes.

15       Q.   Where was it?

16       A.   It was on Hillside Avenue, Jamaica.

17       Q.   Jamaica, Queens?

18       A.   Queens, yes.

19       Q.   What did you see when you arrived?

20       A.   When I was at the office?

21       Q.   Yes.

22       A.   Well, when I was at the office, I saw

23  a few people ahead of me, they were waiting in

24  line, and I was asked to wait until I get my

25  turn.   And I waited until my turn came and

Rahul Gupte                                    August 11, 2009

1                          R. Gupte

2     then I met with Ms. Rukhsana.

3         Q.   First of all, who did you understand

4     Ms. Rukhsana to be?

5         A.   She was -- there was a lady sitting

6     behind the table and she was -- I understand

7     she was talking to the people ahead of me in

8     the line, and I was asked to go -- there was

9     lady who sat me down in the front, and then I

10    was asked to go see -- I mean, I assumed that

11    I have to go see her.

12            So I went to the table and talked to

13    her.  I introduced myself to her and she

14    introduced herself to me as Rukhsana, so

15    that's how I know she was Rukhsana.

16        Q.   What did you say to her?

17        A.   I told her that I am looking to get

18    my green card, and -- which would allow me to

19    work here legally and to have a status as well

20    as a Social Security number and a work

21    authorization card.

22            And I told her what scenario I was in

23    at that present moment, what status I had, and

24    so that's what I told her.

25        Q.   What did she say to you?

4d81c271-c881-48f1-9735-455551871538

Rahul Gupte                                        August 11, 2009

1                              R. Gupte

2        A.  She asked, she told me that the green

3    card can be done and I should come with my

4    passport and give her the details, and also I

5    was told about the fees, I asked how much it

6    was going to cost me to get my green card done

7    and I was told about the fees which would

8    incur.   And also the government fees, how

9    much would it cost to make the application.

10       Q.  Well, what were the legal fees that

11   you would have to pay?

12       A.   I don't remember the exact number,

13   but I think it was $2,500, is what I was told.

14       Q.  What were the government fees you

15   would have to pay?

16       A.  The government fees were in different

17   parts.   One was for 325, the other was for

18   $175, $180, I'm not sure of the exact amounts,

19   I have to make 4 different money orders to pay

20   for the government fees.

21       Q.  You said before that you told her the

22   situation that you were in.

23          Do you recall anymore detail what you

24   told her?

25       A.  Well, I told her that I am out of

Rahul Gupte                                    August 11, 2009

1                      R. Gupte

2    status, and my status expired in 2004, and

3    when I was -- the year to that I came to the

4    U.S.

5              And that's about it, I don't remember

6    the whole thing exactly what I said, but

7    pretty much I told her about the status I was

8    at at that present time.

9         Q.   When did you tell her that you had

10   arrived in the United States?

11        A.   I don't exactly remember.

12        Q.   I'm sorry, I think that wasn't clear.

13             You just said I think you told her

14   when you came to the United States?

15        A.   When I came to the United States.

16        Q.   When did you come to the United

17   States?

18        A.   In January 1999.

19        Q.   Is that what you told her?

20        A.   That's what I think I told her.   I

21   don't really remember what exact conversation

22   I had with her, but I had told her about my

23   current status, what it was, and the boat I

24   was in at that particular time.

25        Q.   What language was this conversation?

Rahul Gupte                                    August 11, 2009

1                        R. Gupte

2       A.   The conversation was in English and

3   Hindi.

4       Q.   Did you have any trouble

5   understanding Rukhsana?

6       A.   I did not have any trouble

7   understanding her.

8       Q.   Did you think she had any trouble

9   understanding you?

10       A.   I don't think so.

11       Q.   What happened after that?

12       A.   After that, I left the office and I

13   contacted maybe the next day or the day after,

14   I don't remember exactly when, I had to make a

15   second visit.

16           I made a second visit with my

17   passport and the monies to pay part of the

18   legal fees and the government fees.

19       Q.   Do you remember -- you said part of

20   your legal fees.

21           Do you remember how much of your

22   legal fees you paid at that time?

23       A.   I don't exactly remember, but I think

24   around 1,000 to $1,500, what I paid.   But I'm

25   not 100 percent sure about that.

Rahul Gupte                                    August 11, 2009

1                           R. Gupte

2          Q.   I'm handing you what's been marked

3    Government Exhibit 2, Government Exhibit 3,

4    Government Exhibit 4 and Government Exhibit 5.

5              MS. ALOMAR:   Let me look at them

6          first, please.

7              MR. GOLDSMITH:   You have them.

8              MS. WHALEN:   Could we see the

9          originals just for the stamps?

10             MR. GOLDSMITH:   Sure.

11             (Pause)

12         Q.   Now I'm handing you those documents.

13             Do you recognize those?

14         A.   Yes, I do.

15         Q.   What are they?

16         A.   These are the money order receipts

17   which I made as government fees.

18         Q.   Is that your handwriting on those

19   receipts?

20         A.   Yes, that's my handwriting.

21         Q.   How did you come to buy money orders?

22         A.   I was -- when I went the second time,

23   I was told to get the money orders done from

24   -- there was a Western Union, I guess,

25   downstairs where Mr. Archer's office is and

Rahul Gupte                                    August 11, 2009

1                        R. Gupte

2    that's where I went and I got the money orders

3    made.

4         Q.   Who told you to do that?

5         A.   Rukhsana asked me to do that.

6         Q.   Let me take those back.

7         A.   Sure.

8         Q.   What else did you do during this

9    second visit to Mr. Archer's office?

10        A.   Well, during the second visit, I went

11   there with my passport, and Rukhsana, she

12   filled out the application for me.

13        Q.   What application is that?

14        A.   Application, the I687.

15        Q.   I'm handing you what's been marked

16   Government Exhibit 1.

17             Do you recognize that?

18        A.   Yes, I do.

19        Q.   What is that?

20        A.   Well, it's the I687 application for

21   status as temporary resident under Section

22   245A of the INA.

23        Q.   Whose application is that?

24        A.   That's my application.

25        Q.   Is that your signature on the last

Rahul Gupte                                    August 11, 2009

1                    R. Gupte

2    page?

3        A.  Yes, it is.

4        Q.  And also on the second to last page,

5    is that your signature?

6        A.  Yes, it is.

7        Q.  You just mentioned that Rukhsana

8    filled out a form for you.

9            Is this the one that she filled out?

10       A.  Yes, this is the one that she filled

11   out.

12       Q.  How did she go about doing that?

13       A.  She was filling out the form on the

14   computer.

15       Q.  Looking at the first page of the

16   form, what types of information are listed

17   there?

18       A.  On the first page it says my name, my

19   given -- my family name, my given name, my

20   middle name, date of birth, my telephone

21   numbers, address.

22       Q.  Where did Rukhsana get that

23   information?

24       A.  I had given her the information.

25       Q.  Turning to the second page, question

Rahul Gupte                                        August 11, 2009

1                          R. Gupte

2    number 30, what information is listed there?

3         A.  Well, it says:   Residences in the

4    United States.   And I see a list of

5    residences.

6         Q.  Did you provide those, the addresses

7    listed there to Rukhsana?

8         A.  Yes, I did.

9         Q.  Did you, in fact, live at those

10   addresses at the times listed on the form?

11        A.  Yes, I have lived at those addresses,

12   except for the last one.

13        Q.  What is that last address, could you

14   read it for us, please?

15        A.  Sure, it says 98-40 Alstyne Avenue,

16   Corona, New York 11368.

17        Q.  Whose address is that?

18        A.  That address I gave, that's one of

19   the persons I know, it's his address.

20        Q.  Did you give that address to

21   Rukhsana?

22        A.  He did give it to her, yes.

23        Q.  Did you tell her that you actually

24   lived there?

25        A.  No.

Rahul Gupte                                          August 11, 2009

R. Gupte

1

2    Q.   Why did you give her that address?

3    A.   Because I was asked to give her an

4    address which she said she's going to put

5    showing that I was at that address since 1981

6    to 1999.

7    Q.   Did you tell Rukhsana when you in

8    fact entered the United States?

9    A.   Yes, I did.   I went with the

10   passport and she went with the passport and it

11   had the visa stamps on it.

12   Q.   Did Rukhsana explain to you why she

13   needed this additional address?

14   A.   She told me that she would need this

15   address because -- to show that I was here in

16   the United States in 1981.   So she wanted an

17   address to show to the government where I had

18   resided then.

19   Q.   Did she tell you how to go about

20   getting that address?

21   A.   Well, she asked me to get any

22   address, she said I can literally go out on

23   the street and just pick a house and just get

24   an address.

25   Q.   Moving on to question number 32 in

Rahul Gupte                                    August 11, 2009

1                        R. Gupte

2    that document, what information is listed

3    there?

4        A.  It says:  Absences from the United

5    States since entry.

6        Q.  And what is then listed there?

7        A.  I see three absences listed there.

8        Q.  Did you, in fact, leave the United

9    States at those times?

10       A.  I did in the first one.  The second

11   and the third are false.

12       Q.  Who filled that information in?

13       A.  It was filled out by Rukhsana.

14       Q.  Did you give her that information?

15       A.  I did not give her the information,

16   no.

17       Q.  Did she tell you why she filled it

18   out that way?

19       A.  I don't remember exactly why she

20   filled it out.  I don't remember the reason

21   she gave me.

22           But those were not given by me, those

23   absences.

24       Q.  Turning to the last page in the

25   document, there are a series of questions

Rahul Gupte                                    August 11, 2009

1                        R. Gupte

2      there with check boxes for yes and no.

3           A.  Okay.

4           Q.  Who filled in the answers to those

5      questions?

6           A.  They were filled out by Rukhsana.

7           Q.  Did you -- are the answers there

8      accurate?

9           A.  The first one is not.

10              The second one is false.

11              The third one is also not true.

12              The fourth is true.

13              The fifth is true.

14              The sixth is false.

15          Q.  Did Rukhsana ask you the questions

16     that are listed there?

17          A.  I don't remember her asking me those

18     questions.

19          Q.  Now, when you signed this form, you

20     knew that it would contain these lies about

21     your residence in the United States, right?

22          A.  When I signed this form, yes.

23          Q.  But you signed it anyway?

24          A.  I signed it anyway.

25          Q.  Why do you that?

Rahul Gupte                                    August 11, 2009

1                           R. Gupte

2        A.   Because I wanted to get a work

3    authorization, and a Social Security number

4    and eventually a green card.

5        Q.   Turning back one page to the second

6    to last page, question 43, right below your

7    signature, what's that section for?

8        A.   43 says:   Signature of person

9    preparing form if other than applicant.

10       Q.   And whose name is listed there?

11       A.   The name listed there is Thomas W.

12   Archer.

13       Q.   Did you do anything else during the

14   second visit to Mr. Archer's office?

15       A.   Not -- apart from this, not something

16   I clearly remember, no.

17       Q.   What was the next thing that happened

18   with your application?

19       A.   The next thing, I was yet to give her

20   the Alstyne Avenue address, which I didn't

21   have then.   So after that, I don't exactly

22   remember whether I called her and I gave her

23   the address or I was actually in person in the

24   office and I gave her the address.

25       Q.   Let's just clarify that, when you had

Rahul Gupte                                    August 11, 2009

1                        R. Gupte

2    the meeting that you described for us a minute

3    ago --

4         A.   The second meeting?

5         Q.   The second meeting in Mr. Archer's

6    office, did you give Rukhsana the actual

7    addresses where you had lived in the United

8    States?

9         A.   Yes, that's what I did, yes.

10        Q.   And during that meeting did you give

11   her the Alstyne Avenue address?

12        A.   I did not give her that address at

13   that meeting, no.

14        Q.   Why not?

15        A.   I didn't have any address.  I didn't

16   know what to come up with or what to give her,

17   so I did not give it to her.

18        Q.   So at some point after that meeting,

19   you called and gave that address?

20        A.   I don't remember whether I called and

21   give it to her on the phone or I went to the

22   office in person and give it to her.  But I

23   did give it to her eventually.

24        Q.   What happened next with your

25   application?

Rahul Gupte                                              August 11, 2009

1                              R. Gupte

2        A.   The application was submitted, and

3    then I got receipts in the mail, in my mail

4    that the application has been received.

5        Q.   Did you ever visit Mr. Archer's

6    office a third time?

7        A.   I did visit the office a third time,

8    yes.

9        Q.   What happened during that visit?

10       A.   During that visit, I don't really

11   remember why I was there, but that visit I got

12   to meet Mr. Archer.

13       Q.   What happened when you met him?

14       A.   Well, I shook hands with him, I spoke

15   to him, I was asking him about what this

16   application is all about, what actually this

17   going to be like, and he was on the phone

18   busy, so he asked me that Ms. Rukhsana would

19   be in a better position to answer my

20   questions.

21       Q.   What language was this conversation

22   in?

23       A.   With Mr. Archer?

24       Q.   Yes.

25       A.   It was in English.

4d81c271-c881-48f1-9735-455551871538

Rahul Gupte                                     August 11, 2009

                              R. Gupte

1

2     Q.  Did you have any trouble

3  understanding him?

4     A.  No, I did not.

5     Q.  Did you think he had any trouble

6  understanding you?

7     A.  No, I don't think so.  I don't

8  remember.

9     Q.  Do you remember anything else that

10  happened during that visit?

11     A.  I don't remember anything in

12  particular that happened.

13     Q.  Did you ever pay the remaining

14  balance that you owed Mr. Archer?

15     A.  No, I did not.

16     Q.  What happened next with the

17  application?

18     A.  Then the application was -- I got the

19  receipt that the application was received by

20  the government, and after that, I don't

21  remember whether I got it in my mail or it was

22  at Mr. Archer's office, they got a letter from

23  the government saying that they wanted an

24  affidavit, three references which would say

25  that I was here in 1981 in the United States,

Rahul Gupte                                    August 11, 2009

1                        R. Gupte

2    in 1981.

3        Q.   What did you do when you received

4    that request?

5        A.   When I received that request, I tried

6    calling Mr. Archer's office and to see if I

7    could -- it was -- I had a time frame where I

8    had to -- within 30 days, I had to submit

9    those three references, and I was trying to

10   reach Mr. Archer's office, and it was -- I was

11   having a tough time talking to someone who

12   would help me with that affidavit.

13       Q.   Did you reach anyone at all?

14       A.   I don't clearly remember.

15       Q.   What happened next?

16       A.   Next what happened was that since I

17   was not getting a quick response from Mr.

18   Archer's office and I was on a time restraint

19   and I had to approach another attorney to see

20   if he could help me make that affidavit and

21   references.

22       Q.   How did you find another attorney?

23       A.   I used to watch his shows on TV, his

24   commercials.

25       Q.   And so did you hire that new lawyer?