U.S. Department of Homeland Security
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship
and Immigration
Services**

October 7, 2010

THOMAS ARCHER
146 10 HILLSIDE AVENUE
JAMAICA, NY 11435

Receipt Number:  MSC0603110633
Alien Number:  A099377277
Form:  I-687

## Notice

This notice is in reference to the Application for Status as a Temporary Resident under Section 245A of the Immigration and Nationality Act (Form I-687) that you filed pursuant to the terms of the CSS/Newman (LULAC) Settlement Agreements.   Your application was denied because you failed to appear for your scheduled interview.  The Notice of Decision indicated that there was no appeal to that decision.

Pursuant to a recent court order, it has been determined that you should have been informed of your right to appeal the denial of your application.  Therefore, per Title 8, Code of Federal Regulations, Part 245a.2 (p), the Service is hereby informing you of your right to appeal.  You may appeal to the Administrative Appeals Office by completing the enclosed Notice of Appeal of Decision under Sections 210 or 245A of the Immigration and Nationality Act (Form I-694) and filing it with the current filing fee at the appropriate address listed below.

If submitted via the U.S. Postal Service:
U.S. Citizenship and Immigration Services
P.O. Box 805876
Chicago, IL 60680-4120

If submitted other than by U.S. Postal Service, then use the following address:

U.S. Citizenship and Immigration Services
Attn: FBAS
131 South Dearborn Street - 3rd Floor
Chicago, IL 60603-5517

Your Notice of Appeal must be filed within ninety (90) days of this notice. If you desire to submit a brief or other written statement in support of your appeal, it must be submitted with the Notice of Appeal.  If no appeal is filed within the time allowed, the denial is final.

Sincerely,

Robert M. Cowan
Director

U.S. Department of Homeland Security
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship
and Immigration
Services**

October 7, 2010

THOMAS ARCHER
146 10 HILLSIDE AVENUE
JAMAICA, NY 11435

Receipt Number: MSC0605410714
Alien Number: A099382889
Form: I-687

## Notice

This notice is in reference to the Application for Status as a Temporary Resident under Section 245A of the Immigration and Nationality Act (Form I-687) that you filed pursuant to the terms of the CSS/Newman (LULAC) Settlement Agreements. Your application was denied because you failed to appear for your scheduled interview. The Notice of Decision indicated that there was no appeal to that decision.

Pursuant to a recent court order, it has been determined that you should have been informed of your right to appeal the denial of your application. Therefore, per Title 8, Code of Federal Regulations, Part 245a.2 (p), the Service is hereby informing you of your right to appeal. You may appeal to the Administrative Appeals Office by completing the enclosed Notice of Appeal of Decision under Sections 210 or 245A of the Immigration and Nationality Act (Form I-694) and filing it with the current filing fee at the appropriate address listed below.

If submitted via the U.S. Postal Service:
U.S. Citizenship and Immigration Services
P.O. Box 805876
Chicago, IL 60680-4120

If submitted other than by U.S. Postal Service, then use the following address:

U.S. Citizenship and Immigration Services
Attn: FBAS
131 South Dearborn Street - 3rd Floor
Chicago, IL 60603-5517

Your Notice of Appeal must be filed within ninety (90) days of this notice. If you desire to submit a brief or other written statement in support of your appeal, it must be submitted with the Notice of Appeal.  If no appeal is filed within the time allowed, the denial is final.

Sincerely,

Robert M. Cowan
Director

U.S. Department of Homeland Security
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship
and Immigration
Services**

October 7, 2010

THOMAS ARCHER
146 10 HILLSIDE AVENUE
JAMAICA, NY 11435

Receipt Number:  MSC0607410546
Alien Number:  A099388553
Form:  I-687

## Notice

This notice is in reference to the Application for Status as a Temporary Resident under Section 245A of the Immigration and Nationality Act (Form I-687) that you filed pursuant to the terms of the CSS/Newman (LULAC) Settlement Agreements.   Your application was denied because you failed to appear for your scheduled interview.  The Notice of Decision indicated that there was no appeal to that decision.

Pursuant to a recent court order, it has been determined that you should have been informed of your right to appeal the denial of your application.  Therefore, per Title 8, Code of Federal Regulations, Part 245a.2 (p), the Service is hereby informing you of your right to appeal.  You may appeal to the Administrative Appeals Office by completing the enclosed Notice of Appeal of Decision under Sections 210 or 245A of the Immigration and Nationality Act (Form I-694) and filing it with the current filing fee at the appropriate address listed below.

If submitted via the U.S. Postal Service:
U.S. Citizenship and Immigration Services
P.O. Box 805876
Chicago, IL 60680-4120

If submitted other than by U.S. Postal Service, then use the following address:

U.S. Citizenship and Immigration Services
Attn: FBAS
131 South Dearborn Street - 3rd Floor
Chicago, IL 60603-5517

Your Notice of Appeal must be filed within ninety (90) days of this notice. If you desire to submit a brief or other written statement in support of your appeal, it must be submitted with the Notice of Appeal.  If no appeal is filed within the time allowed, the denial is final.

Sincerely,

Robert M. Cowan
Director

U.S. Department of Homeland Security
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship
and Immigration
Services**

October 7, 2010

THOMAS ARCHER
146 10 HILLSIDE AVENUE
JAMAICA, NY 11435

Receipt Number:  MSC0600512096
Alien Number:  A077948650
Form:  I-687

## Notice

This notice is in reference to the Application for Status as a Temporary Resident under Section 245A of the Immigration and Nationality Act (Form I-687) that you filed pursuant to the terms of the CSS/Newman (LULAC) Settlement Agreements.   Your application was denied because you failed to appear for your scheduled interview.  The Notice of Decision indicated that there was no appeal to that decision.

Pursuant to a recent court order, it has been determined that you should have been informed of your right to appeal the denial of your application.  Therefore, per Title 8, Code of Federal Regulations, Part 245a.2 (p), the Service is hereby informing you of your right to appeal.  You may appeal to the Administrative Appeals Office by completing the enclosed Notice of Appeal of Decision under Sections 210 or 245A of the Immigration and Nationality Act (Form I-694) and filing it with the current filing fee at the appropriate address listed below.

If submitted via the U.S. Postal Service:
U.S. Citizenship and Immigration Services
P.O. Box 805876
Chicago, IL 60680-4120

If submitted other than by U.S. Postal Service, then use the following address:

U.S. Citizenship and Immigration Services
Attn: FBAS
131 South Dearborn Street - 3rd Floor
Chicago, IL 60603-5517

Your Notice of Appeal must be filed within ninety (90) days of this notice. If you desire to submit a brief or other written statement in support of your appeal, it must be submitted with the Notice of Appeal.  If no appeal is filed within the time allowed, the denial is final.

Sincerely,

Robert M. Cowan
Director

U.S. Department of Homeland Security
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship
and Immigration
Services**

October 7, 2010

THOMAS ARCHER
146 10 HILLSIDE AVE
JAMAICA, NY 11435

Receipt Number: MSC0534311566
Alien Number: A093454904
Form: I-687

## Notice

This notice is in reference to the Application for Status as a Temporary Resident under Section 245A of the Immigration and Nationality Act (Form I-687) that you filed pursuant to the terms of the CSS/Newman (LULAC) Settlement Agreements.   Your application was denied because you failed to appear for your scheduled interview.  The Notice of Decision indicated that there was no appeal to that decision.

Pursuant to a recent court order, it has been determined that you should have been informed of your right to appeal the denial of your application.  Therefore, per Title 8, Code of Federal Regulations, Part 245a.2 (p), the Service is hereby informing you of your right to appeal.  You may appeal to the Administrative Appeals Office by completing the enclosed Notice of Appeal of Decision under Sections 210 or 245A of the Immigration and Nationality Act (Form I-694) and filing it with the current filing fee at the appropriate address listed below.

If submitted via the U.S. Postal Service:
U.S. Citizenship and Immigration Services
P.O. Box 805876
Chicago, IL 60680-4120

If submitted other than by U.S. Postal Service, then use the following address:

U.S. Citizenship and Immigration Services
Attn: FBAS
131 South Dearborn Street - 3rd Floor
Chicago, IL 60603-5517

Your Notice of Appeal must be filed within ninety (90) days of this notice. If you desire to submit a brief or other written statement in support of your appeal, it must be submitted with the Notice of Appeal.  If no appeal is filed within the time allowed, the denial is final.


Sincerely,

Robert M. Cowan
Director

U.S. Department of Homeland Security
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship
and Immigration
Services**

October 7, 2010

THOMAS ARCHER
146 10 HILLSIDE AVENUE
JACKSON HEIGHTS, NY 11435

Receipt Number:  MSC0602811118
Alien Number:  A099374875
Form:  I-687

## Notice

This notice is in reference to the Application for Status as a Temporary Resident under Section 245A
of the Immigration and Nationality Act (Form I-687) that you filed pursuant to the terms of the
CSS/Newman (LULAC) Settlement Agreements.   Your application was denied because you failed
to appear for your scheduled interview.  The Notice of Decision indicated that there was no appeal to
that decision.

Pursuant to a recent court order, it has been determined that you should have been informed of your
right to appeal the denial of your application.  Therefore, per Title 8, Code of Federal Regulations,
Part 245a.2 (p), the Service is hereby informing you of your right to appeal.  You may appeal to the
Administrative Appeals Office by completing the enclosed Notice of Appeal of Decision under
Sections 210 or 245A of the Immigration and Nationality Act (Form I-694) and filing it with the
current filing fee at the appropriate address listed below.

If submitted via the U.S. Postal Service:
U.S. Citizenship and Immigration Services
P.O. Box 805876
Chicago, IL 60680-4120

If submitted other than by U.S. Postal Service, then use the following address:

U.S. Citizenship and Immigration Services
Attn: FBAS
131 South Dearborn Street - 3rd Floor
Chicago, IL 60603-5517

Your Notice of Appeal must be filed within ninety (90) days of this notice. If you desire to submit a brief or other written statement in support of your appeal, it must be submitted with the Notice of Appeal.  If no appeal is filed within the time allowed, the denial is final.

Sincerely,

Robert M. Cowan
Director

U.S. Department of Homeland Security
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship
and Immigration
Services**

October 7, 2010

THOMAS ARCHER
146 10 HILLSIDE AVENUE
JAMAICA, NY 11435

Receipt Number:  MSC0602810710
Alien Number:  A099374833
Form:  I-687

## Notice

This notice is in reference to the Application for Status as a Temporary Resident under Section 245A of the Immigration and Nationality Act (Form I-687) that you filed pursuant to the terms of the CSS/Newman (LULAC) Settlement Agreements.  Your application was denied because you failed to appear for your scheduled interview.  The Notice of Decision indicated that there was no appeal to that decision.

Pursuant to a recent court order, it has been determined that you should have been informed of your right to appeal the denial of your application.  Therefore, per Title 8, Code of Federal Regulations, Part 245a.2 (p), the Service is hereby informing you of your right to appeal.  You may appeal to the Administrative Appeals Office by completing the enclosed Notice of Appeal of Decision under Sections 210 or 245A of the Immigration and Nationality Act (Form I-694) and filing it with the current filing fee at the appropriate address listed below.

If submitted via the U.S. Postal Service:
U.S. Citizenship and Immigration Services
P.O. Box 805876
Chicago, IL 60680-4120

If submitted other than by U.S. Postal Service, then use the following address:

U.S. Citizenship and Immigration Services
Attn: FBAS
131 South Dearborn Street - 3rd Floor
Chicago, IL 60603-5517

Your Notice of Appeal must be filed within ninety (90) days of this notice. If you desire to submit a brief or other written statement in support of your appeal, it must be submitted with the Notice of Appeal.  If no appeal is filed within the time allowed, the denial is final.


Sincerely,

Robert M. Cowan
Director

U.S. Department of Homeland Security
P.O. Box 648004
Lee's Summit, MO 64002



U.S. Citizenship
and Immigration
Services

October 7, 2010

THOMAS ARCHER
146 10 HILLSIDE AVENUE
JAMAICA, NY 11435

Receipt Number:  MSC0602512460
Alien Number:  A099372198
Form:  I-687

## Notice

This notice is in reference to the Application for Status as a Temporary Resident under Section 245A of the Immigration and Nationality Act (Form I-687) that you filed pursuant to the terms of the CSS/Newman (LULAC) Settlement Agreements.   Your application was denied because you failed to appear for your scheduled interview.  The Notice of Decision indicated that there was no appeal to that decision.

Pursuant to a recent court order, it has been determined that you should have been informed of your right to appeal the denial of your application.  Therefore, per Title 8, Code of Federal Regulations, Part 245a.2 (p), the Service is hereby informing you of your right to appeal.  You may appeal to the Administrative Appeals Office by completing the enclosed Notice of Appeal of Decision under Sections 210 or 245A of the Immigration and Nationality Act (Form I-694) and filing it with the current filing fee at the appropriate address listed below.

If submitted via the U.S. Postal Service:
U.S. Citizenship and Immigration Services
P.O. Box 805876
Chicago, IL 60680-4120

If submitted other than by U.S. Postal Service, then use the following address:

U.S. Citizenship and Immigration Services
Attn: FBAS
131 South Dearborn Street - 3rd Floor
Chicago, IL 60603-5517

Your Notice of Appeal must be filed within ninety (90) days of this notice. If you desire to submit a brief or other written statement in support of your appeal, it must be submitted with the Notice of Appeal.  If no appeal is filed within the time allowed, the denial is final.

Sincerely,

Robert M. Cowan
Director



**U.S. Department of Homeland Security**
P.O. Box 648004
Lee's Summit, MO 64002

U.S. Citizenship
and Immigration
Services

October 7, 2010

THOMAS ARCHER
146 10 HILLSIDE AVENUE
JAMAICA, NY 11435

Receipt Number: MSC0605513252
Alien Number: A099383527
Form: I-687

## Notice

This notice is in reference to the Application for Status as a Temporary Resident under Section 245A of the Immigration and Nationality Act (Form I-687) that you filed pursuant to the terms of the CSS/Newman (LULAC) Settlement Agreements.   Your application was denied because you failed to appear for your scheduled interview.  The Notice of Decision indicated that there was no appeal to that decision.

Pursuant to a recent court order, it has been determined that you should have been informed of your right to appeal the denial of your application.  Therefore, per Title 8, Code of Federal Regulations, Part 245a.2 (p), the Service is hereby informing you of your right to appeal.  You may appeal to the Administrative Appeals Office by completing the enclosed Notice of Appeal of Decision under Sections 210 or 245A of the Immigration and Nationality Act (Form I-694) and filing it with the current filing fee at the appropriate address listed below.

If submitted via the U.S. Postal Service:
U.S. Citizenship and Immigration Services
P.O. Box 805876
Chicago, IL 60680-4120

If submitted other than by U.S. Postal Service, then use the following address:

U.S. Citizenship and Immigration Services
Attn: FBAS
131 South Dearborn Street - 3rd Floor
Chicago, IL 60603-5517

Your Notice of Appeal must be filed within ninety (90) days of this notice. If you desire to submit a brief or other written statement in support of your appeal, it must be submitted with the Notice of Appeal.  If no appeal is filed within the time allowed, the denial is final.


Sincerely,

Robert M. Cowan
Director

U.S. Department of Homeland Security
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship
and Immigration
Services**

October 7, 2010

THOMAS ARHCER
146 10 HILLSIDE AVENUE
JAMAICA, NY 11435

Receipt Number: MSC0606611913
Alien Number: A099386040
Form: I-687

## Notice

This notice is in reference to the Application for Status as a Temporary Resident under Section 245A of the Immigration and Nationality Act (Form I-687) that you filed pursuant to the terms of the CSS/Newman (LULAC) Settlement Agreements. Your application was denied because you failed to appear for your scheduled interview. The Notice of Decision indicated that there was no appeal to that decision.

Pursuant to a recent court order, it has been determined that you should have been informed of your right to appeal the denial of your application. Therefore, per Title 8, Code of Federal Regulations, Part 245a.2 (p), the Service is hereby informing you of your right to appeal. You may appeal to the Administrative Appeals Office by completing the enclosed Notice of Appeal of Decision under Sections 210 or 245A of the Immigration and Nationality Act (Form I-694) and filing it with the current filing fee at the appropriate address listed below.

If submitted via the U.S. Postal Service:
U.S. Citizenship and Immigration Services
P.O. Box 805876
Chicago, IL 60680-4120

If submitted other than by U.S. Postal Service, then use the following address:

U.S. Citizenship and Immigration Services
Attn: FBAS
131 South Dearborn Street - 3rd Floor
Chicago, IL 60603-5517

Your Notice of Appeal must be filed within ninety (90) days of this notice. If you desire to submit a brief or other written statement in support of your appeal, it must be submitted with the Notice of Appeal.  If no appeal is filed within the time allowed, the denial is final.


Sincerely,

Robert M. Cowan
Director

U.S. Department of Homeland Security
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship
and Immigration
Services**

October 7, 2010

THOMAS ARCHER
146 10 HILLSIDE AVENUE
JAMAICA, NY 11435

Receipt Number:  MSC0607310594
Alien Number:  A099388158
Form:  I-687

## Notice

This notice is in reference to the Application for Status as a Temporary Resident under Section 245A
of the Immigration and Nationality Act (Form I-687) that you filed pursuant to the terms of the
CSS/Newman (LULAC) Settlement Agreements.  Your application was denied because you failed
to appear for your scheduled interview.  The Notice of Decision indicated that there was no appeal to
that decision.

Pursuant to a recent court order, it has been determined that you should have been informed of your
right to appeal the denial of your application.  Therefore, per Title 8, Code of Federal Regulations,
Part 245a.2 (p), the Service is hereby informing you of your right to appeal.  You may appeal to the
Administrative Appeals Office by completing the enclosed Notice of Appeal of Decision under
Sections 210 or 245A of the Immigration and Nationality Act (Form I-694) and filing it with the
current filing fee at the appropriate address listed below.

If submitted via the U.S. Postal Service:
U.S. Citizenship and Immigration Services
P.O. Box 805876
Chicago, IL 60680-4120

If submitted other than by U.S. Postal Service, then use the following address:

U.S. Citizenship and Immigration Services
Attn: FBAS
131 South Dearborn Street - 3rd Floor
Chicago, IL 60603-5517

Your Notice of Appeal must be filed within ninety (90) days of this notice. If you desire to submit a brief or other written statement in support of your appeal, it must be submitted with the Notice of Appeal. If no appeal is filed within the time allowed, the denial is final.


Sincerely,

Robert M. Cowan
Director

U.S. Department of Homeland Security
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship
and Immigration
Services**

October 7, 2010

THOMAS ARCHER
146 10 HILLSIDE AVENUE
JAMAICA, NY 11435

Receipt Number: MSC0602714331
Alien Number: A099374700
Form: I-687

# Notice

This notice is in reference to the Application for Status as a Temporary Resident under Section 245A of the Immigration and Nationality Act (Form I-687) that you filed pursuant to the terms of the CSS/Newman (LULAC) Settlement Agreements.   Your application was denied because you failed to appear for your fingerprinting appointment.  The Notice of Decision indicated that there was no appeal to that decision.

Pursuant to a recent court order, it has been determined that you should have been informed of your right to appeal the denial of your application.  Therefore, per Title 8, Code of Federal Regulations, Part 245a.2 (p), the Service is hereby informing you of your right to appeal. You may appeal to the Administrative Appeals Office by completing the enclosed Notice of Appeal of Decision under Sections 210 or 245A of the Immigration and Nationality Act (Form I-694) and filing it with the current filing fee at the appropriate address listed below.

If submitted via the U.S. Postal Service:
U.S. Citizenship and Immigration Services
P.O. Box 805876
Chicago, IL 60680-4120

If submitted other than by U.S. Postal Service, then use the following address:

U.S. Citizenship and Immigration Services
Attn: FBAS
131 South Dearborn Street - 3rd Floor
Chicago, IL 60603-5517

Your Notice of Appeal must be filed within ninety (90) days of this notice. If you desire to submit a brief or other written statement in support of your appeal, it must be submitted with the Notice of Appeal.  If no appeal is filed within the time allowed, the denial is final.


Sincerely,

Robert M. Cowan
Director

U.S. Department of Homeland Security
P.O. Box 648004
Lee's Summit, MO 64002



**U.S. Citizenship
and Immigration
Services**

October 7, 2010

THOMAS ARCHER
146 10 HILLSIDE AVENUE
JAMAICA, NY 11435

Receipt Number:  MSC0602619597
Alien Number:  A073425246
Form:  I-687

## Notice

This notice is in reference to the Application for Status as a Temporary Resident under Section 245A
of the Immigration and Nationality Act (Form I-687) that you filed pursuant to the terms of the
CSS/Newman (LULAC) Settlement Agreements.   Your application was denied because you failed
to appear for your scheduled interview.  The Notice of Decision indicated that there was no appeal to
that decision.

Pursuant to a recent court order, it has been determined that you should have been informed of your
right to appeal the denial of your application.  Therefore, per Title 8, Code of Federal Regulations,
Part 245a.2 (p), the Service is hereby informing you of your right to appeal.  You may appeal to the
Administrative Appeals Office by completing the enclosed Notice of Appeal of Decision under
Sections 210 or 245A of the Immigration and Nationality Act (Form I-694) and filing it with the
current filing fee at the appropriate address listed below.

If submitted via the U.S. Postal Service:
U.S. Citizenship and Immigration Services
P.O. Box 805876
Chicago, IL 60680-4120

If submitted other than by U.S. Postal Service, then use the following address:

U.S. Citizenship and Immigration Services
Attn: FBAS
131 South Dearborn Street - 3rd Floor
Chicago, IL 60603-5517

Your Notice of Appeal must be filed within ninety (90) days of this notice. If you desire to submit a brief or other written statement in support of your appeal, it must be submitted with the Notice of Appeal.  If no appeal is filed within the time allowed, the denial is final.


Sincerely,

Robert M. Cowan
Director